MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore (KM 4839)
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000
*Attorneys for Plaintiffs E\*TRADE Savings Bank
and E\*TRADE Mortgage Corporation*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

E*TRADE SAVINGS BANK; AND
E*TRADE MORTGAGE CORPORATION,

        Plaintiffs,

   -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

        Defendants.
------------------------------------------------------------ X

**07 CIV 8065**

07 Civ. _____

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs E*TRADE Savings Bank and E*TRADE Mortgage Corporation (two private non-governmental parties) certify that Plaintiffs' direct parent is E*TRADE Bank, and that their indirect parent, E*TRADE Financial Corporation, is a publicly traded corporation (NASDAQ: ETFC) which indirectly owns 10% or more of Plaintiffs' respective shares.

Dated: New York, New York
September 13, 2007

By: _____
Kelly A. Moore (KM 4839)
Lisa M. Campisi (LC 1018)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
212.309.6000
*Attorneys for Plaintiffs*