## AFFIDAVIT

STATE OF NEW YORK,    )
                     ) ss.:
COUNTY OF NEW YORK, )

Joseph Calabrese, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am not a party to this action.

2. On September 19, 2007, at approximately 2:36 p.m., at the Law Offices of Steven Leff, located at 575 Madison Avenue, New York, NY 10022,. I personally served a copy of the annexed Summons & Complaint on Rachel Leff by leaving the same with Natalie Tirado the Receptionist for the Law Office of Steven Leff.

3. At the time of said service, Ms. Tirado stated that she is authorized to accept service of the Summons & Complaint on behalf of Rachel Leff.

4. Natalie Tirado may be described as a Hispanic female, approximately 22-25 years of age, 5'3" tall, approximately 120 pounds, with brown hair.

5. On September 19, 2007 I also mailed a copy of the Summons & Complaint to Rachel Leff by placing the same in a first class postage prepaid envelope properly addressed to Rachel Leff, The Law Office of Steven Leff, 575 Madison Avenue, New York, New York, 10022 and depositing it into a regularly maintained depository under the exclusive care and custody of the United States Postal Service located in the City, County and State of New York.

6. The envelope bore the legend personal and confidential and did not indicate on the outside or otherwise that it was from an attorney or involved a lawsuit.

_____
Joseph Calabrese
Lic. No. 0846456

Sworn to before me this\
4th day of October 2007.

_____
Notary Public
CHARLES M. CALVARUSO
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 2010

1-NY/2226877.1