AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | | |
|---|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: | **ALBERTO DOS SANTOS** | |
| TITLE: | **PROCESS SERVER** | DATE: **09/24/2007  06:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RICHARD A. LEFF _____

Place where served:

11 PARK ROAD  SHORT HILLS NJ 07078 _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NICOLE LEFF _____

Relationship to defendant: WIFE _____

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 100-130 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/24/20 07

_____ L.S.
SIGNATURE OF ALBERTO DOS SANTOS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    LISA M. CAMPISI, ESQ.
PLAINTIFF:    E TRADE SAVINGS BANK, ET AL
DEFENDANT:   NATIONAL SETTLEMENT AGENCY INC., ET AL
VENUE:       DISTRICT NY
DOCKET:      07 CV 8065

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR