UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
E*TRADE SAVINGS BANK; and                          :
E* TRADE MORTGAGE CORPORATION,                     :
                                                   :     **NOTICE OF APPEARANCE**
                          Plaintiffs,              :
                                                   :     07-CV-8065 (LTS)(AJP)
              -against-                            :
                                                   :
NATIONAL SETTLEMENT AGENCY, INC.; FAST             :
TRACK TITLE AGENCY LLC; STEVEN M. LEFF;            :
RACHEL M. LEFF; AND RICHARD A. LEFF,               :
                                                   :
                          Defendants.              :
------------------------------------------------------------------- x

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendant, RICHARD A. LEFF. I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 4, 2007

                                            _____
                                            Jonathan B. Bruno
                                            Kaufman Borgeest & Ryan LLP
                                            99 Park Avenue, 19th Floor
                                            New York, New York 10016
                                            Telephone No.: (212) 980-9600
                                            Facsimile: (212) 980-9261
                                            jbruno@kbrlaw.com

642104-1

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Appearance was served via First Class U.S. Mail on the 4th day of October 2007 upon:

Kelly A. Moore, Esq.
Lisa M. Campisi, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

Fast Track Title Agency, LLC
404 Park Avenue South, 5th Floor
New York, NY 10016

                                                _____
                                                   Jonathan B. Bruno

642104-1