MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore (KM 4839)
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000
*Attorneys for Plaintiffs E*TRADE Savings Bank
 and E*TRADE Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
E*TRADE SAVINGS BANK; AND           :
E*TRADE MORTGAGE CORPORATION,
                                     :
            Plaintiffs,
                                     :
    -against-
                                            CIVIL ACTION NO.: 07-08065 (LTS)(AJP)
NATIONAL SETTLEMENT AGENCY, INC.;   :
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND :
RICHARD A. LEFF,
                                     :
            Defendants.
                                     :
------------------------------------ X

**CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiffs E*TRADE Savings Bank; and E*TRADE Mortgage Corporation hereby certifies that, on November 8, 2007, I caused a true and correct copy of the enclosed Order granting plaintiffs leave to move for default judgment as against defendants Steven M. Leff and National Settlement Agency Inc. to be served via First Class Mail, postage prepaid, upon the following:

National Settlement Agency Inc.
c/o Richard A. Leff, Esq. as General Counsel
10 Park Road
Short Hills, NJ 07078

National Settlement Agency Inc.
404 Park Avenue South
5th Floor
New York, NY 10016

National Settlement Agency Inc.
575 Madison Avenue, Suite 1006
New York, NY 10022

Law Offices of Steven M. Leff
575 Madison Avenue, Suite 1006
New York, NY 10022

and via FedEx, next business day delivery, and electronic mail upon the following on behalf of defendant Steven M. Leff:

Michael Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, New York 11501

By: _____
Lisa M. Campisi (LC 1018)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600
212.309.6000

**MORGAN, LEWIS & BOCKIUS LLP**
Kelly A. Moore (KM 4839)
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs E*TRADE Savings Bank
and E*TRADE Mortgage Corporation*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

E*TRADE SAVINGS BANK; AND
E*TRADE MORTGAGE CORPORATION,

    *Plaintiffs,*

    -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

    *Defendants.*

------------------------------------ X

NO. 07 Civ. 08065 (LTS)(GWG)

**ORDER**

    This matter having been commenced by plaintiffs by the filing of a complaint on September 14, 2007, and the defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff ("Leff") having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, it is hereby

    **ORDERED,** that plaintiffs may make a motion for a default judgment; and it is further

    **ORDERED,** that such motion for default judgment shall be served on defendant National Settlement Agency, Inc., defendant Steven M. Leff, and upon Michael L. Soshnick, Esq. on

behalf of Leff, and shall be accompanied by copies of the Clerk's Certificate and proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

**ORDERED,** that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

**ORDERED,** that plaintiffs shall serve a copy of this Order on Defendants National Settlement Agency, Inc., Steven M. Leff, and on Michael L. Soshnick, Esq. on behalf of defendant Steven M. Leff, and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       November 5, 2007

/s/ LAURA TAYLOR SWAIN
United States District Judge

1-NY/2242738.1