MORGAN, LEWIS & BOCKIUS LLP
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000
*Attorneys for Plaintiffs E*TRADE Savings Bank*
 *and E*TRADE Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
E*TRADE SAVINGS BANK; AND             :
E*TRADE MORTGAGE CORPORATION,
                                      :
            Plaintiffs,
                                      :
      -against-
                                         CIVIL ACTION NO.: 07-08065 (LTS)(AJP)
NATIONAL SETTLEMENT AGENCY, INC.;     :
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND   :
RICHARD A. LEFF,
                                      :
            Defendants.
                                      :
------------------------------------- X

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiffs E*TRADE Savings Bank; and E*TRADE Mortgage Corporation hereby certifies that, on November 8, 2007, I caused a true and correct copy of the enclosed Order granting plaintiffs leave to move for default judgment as against defendants Steven M. Leff and National Settlement Agency Inc. to be served via FedEx, next business day delivery, and First Class Mail, postage prepaid, upon:

> Steven M. Leff
> 15 Anvil Ct.
> East Hampton, NY 11937-6401

By:_____
Lisa M. Campisi (LC 1018)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600
212.309.6000

**MORGAN, LEWIS & BOCKIUS LLP**
Kelly A. Moore (KM 4839)
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs E\*TRADE Savings Bank
and E\*TRADE Mortgage Corporation*



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
E\*TRADE SAVINGS BANK; AND
E\*TRADE MORTGAGE CORPORATION,

    *Plaintiffs,*

    -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

    *Defendants.*
------------------------------------- X

NO. 07 Civ. 08065 (LTS)(GWG)

**ORDER**

    This matter having been commenced by plaintiffs by the filing of a complaint on September 14, 2007, and the defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff ("Leff") having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, it is hereby

    **ORDERED,** that plaintiffs may make a motion for a default judgment; and it is further

    **ORDERED,** that such motion for default judgment shall be served on defendant National Settlement Agency, Inc., defendant Steven M. Leff, and upon Michael L. Soshnick, Esq. on

behalf of Leff, and shall be accompanied by copies of the Clerk's Certificate and proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

**ORDERED,** that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

**ORDERED,** that plaintiffs shall serve a copy of this Order on Defendants National Settlement Agency, Inc., Steven M. Leff, and on Michael L. Soshnick, Esq. on behalf of defendant Steven M. Leff, and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       November 5, 2007

                                        LAURA TAYLOR SWAIN
                                        United States District Judge

1-NY/2242738.1

2