UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE SAVINGS BANK and<br>E*TRADE MORTGAGE CORPORATION<br><br>          Plaintiffs,<br>vs.<br><br>NATIONAL SETTLEMENT AGENCY,<br>INC.; FAST TRACK TITLE AGENCY<br>LLC; STEVEN M. LEFF; RACHEL M.<br>LEFF; and RICHARD A. LEFF,<br><br>          Defendants. | Civil Action No. 07 CIV 8065<br><br>NOTICE OF MOTION TO<br>DISMISS COMPLAINT<br><br>Return Date: December 3, 2007 |

PLEASE TAKE NOTICE that on December 3, 2007, or as soon thereafter as counsel may be heard, defendant FAST TRACK TITLE AGENCY LLC, by and through its undersigned attorneys, will move, before the Hon. Laura Taylor Swain, at the United States Courthouse, United States District Court for the District of New York, 500 Pearl Street, New York, New York for an Order dismissing the entire Complaint, per Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim upon which relief can be granted and for such other and further relief as this Court deems just and appropriate.

In support of the within motion, defendant will rely upon Memorandum of Law.

Dated: New York, New York
      November 9, 2007

_____
Carl M. Perri (CMP6415)
**CLAUSEN MILLER, PC**
Attorney for Defendant
**FAST TRACK TITLE AGENCY, LLC**
One Chase Manhattan Plaza
New York, New York 10005
(212) 805-3900

230418.1

TO:    Morgan, Lewis, & Bockius, LLP
101 Park Avenue
New York, New York 10178

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, New York 10021

Michael L. Soshnick, Esq.
190 Willis Avenue
Suite 112
Mineola, New York 11501

Kaufman, Borgeest & Ryan, LLP
99 Park Avenue
New York, New York 10016

230418.1