Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Lisa M. Campisi
212.309.6178
lcampisi@morganlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007
```

November 20, 2007

**BY FACSIMILE**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

Re:  *E*Trade Savings Bank, et al. v. National Settlement Agency, Inc., et al.,*
     No. 07-08065 (LTS)(GWG)

Related cases:
*Indymac Bank, F.S.B. v. National Settlement Agency, Inc. et al.,*
07-06865 (LTS)(GWG)
*ABN Amro Mortgage Group, Inc. v. National Settlement Agency, Inc. et al.,*
No. 07-07657 (LTS)(GWG))
*Lydian Private Bank, d/b/a Virtualbank v. Steven M. Leff, et al.,*
No. 07-08713 (LTS)(GWG)

Dear Judge Swain:

We represent plaintiffs E*TRADE Savings Bank and E*TRADE Mortgage Corporation (collectively, "E*TRADE") in the referenced matter pending before Your Honor. We write to request an extension of time to file our Preliminary Pre-trial Statement.

Pursuant to Your Honor's Initial Conference Order dated September 21, 2007, a pre-trial conference is scheduled for November 30, 2007 and the parties' preliminary pre-trial statement must be filed by Friday, November 23, 2007. Jonathan Bruno, counsel for Richard Leff, and I have conferred as ordered in the Initial Conference Order. However, in light of the upcoming holiday and the fact that we will be unable to access the Court's electronic filing system on Friday due to a scheduled service interruption, we respectfully request an extension until

Copies ~~mailed~~ faxed to PIA Counsel
Chambers of Judge Swain   11-21-07

**Morgan Lewis**
COUNSELORS AT LAW

The Honorable Laura Taylor Swain
November 20, 2007
Page 2


Tuesday, November 27, 2007 to submit out preliminary pretrial statement. E*TRADE has not previously requested an extension of this deadline.

Defendants Richard Leff and Fast Track Title Agency LLC, the only remaining defendants actively litigating this matter, consent to this request for extension.

We thank the Court for its time and courtesy.

Respectfully submitted,

Lisa M. Campisi

cc:   Jonathan Bruno, Esq., counsel for Richard Leff (via electronic mail)
      Richard Leff, Esq., General Counsel for NSA, c/o Jonathan Bruno (via electronic mail)
      Carl M. Perri, Esq., counsel for Fast Track Title Agency LLC (via electronic mail)
      Michael L. Soshnick, Esq., counsel for Steven M. Leff (via electronic mail)
      Larry Morrison, Esq., counsel for Rachel M. Leff (via electronic mail)

1-NY/2249015.1

The request is granted.

SO ORDERED.

11/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE