**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                  **NOTICE OF REASSIGNMENT**

E*Trade Saving                     **of designation to another**
                                    **Magistrate Judge**

                    V.                               07cv8065

National Settlement

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

                **Mag. Judge**           **Gorenstein**

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                J. Michael McMahon, CLERK

**Dated: 11/19/07**

                        By:      **Lourdes Aquino-Melendez**
                                    Deputy Clerk

cc:   Attorneys of Record
<u>PS REASSIGNMENT FORM</u>

Data Quality Control                               Revised:  March 9, 2001