

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

Lisa M. Campisi
212.309.6178
lcampisi@morganlewis.com

November 26, 2007

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Re: *E\*Trade Savings Bank, et al. v. National Settlement Agency, Inc., et al.,*
No. 07-08065 (LTS)(GWG)

Related cases:
*Indymac Bank, F.S.B. v. National Settlement Agency, Inc. et al.,*
07-06865 (LTS)(GWG)
*ABN Amro Mortgage Group, Inc. v. National Settlement Agency, Inc. et al.,*
No. 07-07657 (LTS)(GWG))
*Lydian Private Bank, d/b/a Virtualbank v. Steven M. Leff, et al.,*
No. 07-08713 (LTS)(GWG)

Dear Judge Swain:

We represent plaintiffs E*TRADE Savings Bank and E*TRADE Mortgage Corporation (collectively, "E*TRADE") in the referenced matter pending before Your Honor. We write to memorialize our agreement with counsel for Fast Track Title Agency LLC ("Fast Track") to extend deadlines pertaining to Fast Track's pending motion to dismiss the complaint.

Fast Track filed its motion to dismiss on November 9, 2007. Counsel for Fast Track has agreed to extend the deadline for the filing of E*TRADE's opposition to the motion to dismiss to December 7, 2007. Likewise, E*TRADE agrees to extend until December 17, 2007 the time in which Fast Track may file a reply brief. The request is granted. SO ORDERED.

Respectfully submitted,

/s/ Lisa M. Campisi

/s/ Laura Taylor Swain 11/27/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Carl M. Perri, Esq., counsel for Fast Track Title Agency LLC (via electronic mail)

Copies faxed to PIA Counsel
Chambers of Judge Swain    11-27-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 27 2007