MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore
Lisa M. Campisi
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs E\*TRADE Savings
Bank and E\*TRADE Mortgage Corporation*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
E\*TRADE SAVINGS BANK; AND               :
E\*TRADE MORTGAGE CORPORATION,
                                        :
       *Plaintiffs*,              Civil Action: 07-CV-08065 (LTS)(GWG)
                                        :
    -against-                        (ECF Case)
                                        :
NATIONAL SETTLEMENT AGENCY, INC.;       :
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND     :
RICHARD A. LEFF,
                                        :
       *Defendants*.
                                        :
------------------------------------- X

## CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on December 4, 2007, I caused copies of the Order to Show Cause Why Default Judgment Should Not Be Entered Against Defendants National Settlement Agency, Inc. and Steven M. Leff, dated December 4, 2007, and all supporting papers to be served by first class mail to:

        National Settlement Agency, Inc.
        404 Park Avenue South
        New York, New York 10016

by Federal Express overnight delivery to:

        Michael L. Soshnick, Esq.
        190 Willis Avenue, Suite 112
        Mineola, New York 11501

and by electronic mail to:

>Jonathan B. Bruno, Esq.
>Kaufman, Borgeest & Ryan, LLP
>99 Park Avenue, 19th Floor
>New York, New York 10016
>Email: jbruno@kbrlaw.com
>
>Lawrence F. Morrison, Esq.
>220 East 72nd street
>New York, New York 10021
>Email: morrlaw@aol.com
>
>Carl M. Perri, Esq.
>Clausen Miller, P.C.
>One Chase Manhattan Plaza
>New York, New York 10005
>Email: cperri@clausen.com

Dated: December 4, 2007
New York, New York

Namita E. Mani