MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore
Lisa M. Campisi
101 Park Avenue
New York, New York 10178
212.309.6000
*Attorneys for Plaintiffs E*TRADE Savings
Bank and E*TRADE Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------- X
E*TRADE SAVINGS BANK; AND
E*TRADE MORTGAGE CORPORATION,

      *Plaintiffs,*

    -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

      *Defendants.*
--------------------------------------- X

Civil Action: 07-CV-08065 (LTS)(GWG)

(ECF Case)

## CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on December 7, 2007, I caused a copy of Plaintiff E*TRADE's Memorandum of Law in Opposition to Defendant Fast Track's Motion to Dismiss to be served by electronic mail to:

    Lawrence F. Morrison, Esq.
    LAW OFFICE OF LAWRENCE F. MORRISON
    220 East 72nd Street, 25th Floor
    New York, New York 10021
    Email: morrlaw@aol.com

    *Attorney for Defendant Rachel M. Leff*

Dated: December 7, 2007
      New York, New York

                                          Namita E. Mani