UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

E*TRADE SAVINGS BANK and
E*TRADE MORTGAGE CORPORATION

        Plaintiffs,

  -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC; STEVEN
M. LEFF; RACHEL M. LEFF; and RICHARD A.
LEFF,

        Defendants.

------------------------------------x

07-CV-8065 (LTS)(GWG)

**DEFENDANT FAST TRACK TITLE AGENCY LLC'S STATEMENT OF CITIZENSHIP**

    Defendant Fast Track Title Agency LLC states that it is, and was at the time of the commencement of this action, a corporation created and existing under the laws of the State of New York, and is and was then a resident and citizen of the State of New York, having its principal place of business in the State of New York.

                                        _/s/ Carl M. Perri_
                                          Carl M. Perri

Carl M. Perri
CLAUSEN MILLER P.C.
One Chase Manhattan Plaza, 39th Floor
New York, New York 10005
(212) 805-3900
Attorneys for Defendant Fast Track Title Agency LLC

1158188.1

## **CERTIFICATE OF SERVICE**

On December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Kelly A. Moore, Esq.
Lisa M. Campisi, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501

By: *[signature]*
Carl M. Perri
Clausen Miller P.C.
One Chase Manhattan Plaza
39th Floor
New York, NY 10005
Telephone: 212/805-3958
cperri@clausen.com

2

1158188.1