UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

E*TRADE SAVINGS BANK and
E*TRADE MORTGAGE CORPORATION

        Plaintiffs,

  -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC;
STEVEN M. LEFF; RACHEL M. LEFF; and
RICHARD A. LEFF,

        Defendants.

------------------------------------x

07-CV-8065 (LTS)(GWG)

**DEFENDANT FAST TRACK TITLE AGENCY LLC'S SUPPLEMENTAL STATEMENT OF CITIZENSHIP**

      Defendant Fast Track Title Agency LLC states that it is, and was at the time of the commencement of this action, a limited liability corporation created and existing under the laws of the State of New York, and is and was then a resident and citizen of the State of New York, having its principal place of business in the State of New York.

      Richard Leff, 10 Park Road, Short Hills, New Jersey 07078. Mr. Leff is a 10% owner of Fast Track.

      Upon information and belief,[1] a trust known as RSSR was the owner of 90% of Fast Track. Its beneficiaries are: Rachel Leff, who, upon information and belief, currently resides in Florida; Samuel Leff, who, upon information and belief, currently resides in Florida; Ryan Leff who, upon information and belief, currently resides in Florida; and Steven Leff, who currently resides at 15 Anvil Court, East Hampton, New York 11937.

---

[1] The information regarding the trust is based on the Affidavit of Richard Leff taken in a companion case and his deposition. The documents relating to the trust are currently under seal at the U.S. Attorney's Office.

1159874.1
232658.1

/s/ Carl M. Perri

Carl M. Perri

CLAUSEN MILLER P.C.
One Chase Manhattan Plaza
New York, New York 10005
212-805-3900
Attorneys for Defendant Fast Track Title Agency LLC

1159874.1
232658.1

## CERTIFICATE OF SERVICE

On December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Kelly A. Moore, Esq.
Lisa M. Campisi, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501

By: /s/ Carl M. Perri
Carl M. Perri
Clausen Miller P.C.
One Chase Manhattan Plaza
39th Floor
New York, NY 10005
Telephone: 212/805-3958
cperri@clausen.com

1159874.1
232658.1