UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE SAVINGS BANK and<br>E*TRADE MORTGAGE CORPORATION<br><br>Plaintiffs,<br>vs.<br><br>NATIONAL SETTLEMENT AGENCY,<br>INC.; FAST TRACK TITLE AGENCY<br>LLC; STEVEN M. LEFF; RACHEL M.<br>LEFF; and RICHARD A. LEFF,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07 CIV 8065<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **TABLE OF CONTENTS**

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

    I.   Under Supreme Court Precedent, Plaintiffs' Claim Should Be Dismissed  2
         Because They Cannot Plausibly State A Claim Against Fast Track . . . . . . . . . . . . . . .

        A.   This Court and the Second Circuit Apply Bell Atlantic's  3
             Plausibility Standard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        B.   The Second Circuit Recognizes That Bell Atlantic's Plausibility Pleading  5
             Standard Is Not Limited To Antitrust Cases . . . . . . . . . . . . . . . . . . . . . . . . .

    II.  Plaintiffs' Bare, Conclusory Allegations Are Insufficient To Impose Liability On  5
        Fast Track Under An Alter Ego Theory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    III. The Individual Claims In Plaintiffs' Complaint Must Be Dismissed . . . . . . . . . . . .  8

        A.   Plaintiffs' Breach of Contract Claim Is Inadequate . . . . . . . . . . . . . . . . . . . .  8

        B.   Plaintiffs' Conversion Claim Is Duplicative of Their Contract Claim . . . . . . . .  8

        C.   Plaintiffs' Breach of Fiduciary Duty Claim Is Inadequate . . . . . . . . . . . . . . . .  9

        D.   Plaintiff's Fraud Claim Must Be Dismissed . . . . . . . . . . . . . . . . . . . . . . . . .  9

        E.   Plaintiffs' Negligence Claim Cannot Survive . . . . . . . . . . . . . . . . . . . . . . .  10

        F.   Plaintiffs' Unjust Enrichment Claim Is Insufficient . . . . . . . . . . . . . . . . . . . .  10

1153594.1

      G.    Plaintiffs' Claim For Money Had And Received Must Be Dismissed ........ 10

CONCLUSION ................................................................... 10

1153594.1

# TABLE OF AUTHORITIES

## CASES                           Page

*Airlines Reporting Corp. v. Aero Voyagers, Inc.*,
   721 F. Supp. 579 (S.D.N.Y. 1989) ................................... 9

*Arias v. U.S.*,
   No. 05 Civ. 1049, 2007 WL 4157152 (S.D.N.Y. Nov. 15, 2007) .............. 3

*Arista Records LLC v. Lime Group LLC*,
   No. 06 Civ. 5936, 2007 WL 4267190, at *4 (S.D.N.Y. Dec. 3, 2007) .......... 3

*ATSI Communications, Inc. v. Shaar Fund, Ltd.*,
   493 F.3d 87 (2d Cit. 2007) ....................................... 2, 5

*Bell Atlantic Corp. v. Twombley*,
   127 S. Ct. 1955 (May 21, 2007) .................................. *passim*

*Camofi Master LDC v. College Partnership*,
   452 F. Supp. 2d 462 (S.D.N.Y. 2006) ................................ 6

*Command Cinema Corp. v. VCA Labs, Inc.*,
   464 F. Supp. 2d 191 (S.D.N.Y. 2006) ................................ 8, 9

*Crowley v. Visionmaker, LLC*,
   512 F. Supp. 2d 144 (S.D.N.Y. 2007) ................................ 4

*CVC Claims Litig. LLC v. Citicorp Venture Capital Ltd.*,
   No. 03 Civ. 7936, 2007 WL 2915181 (S.D.N.Y. Oct. 3, 2007) .............. 3, 4, 5

*DiVittorio v. Equidyne Extractive Indus., Inc.*,
   822 F.2d 1242 (2d Cir. 1987) ...................................... 9, 10

*Erickson v. Pardus*,
   127 S. Ct. 2197 (2007) ........................................... 4

*Iqbal v. Hasty*,
   490 F.3d 143 (2d Cir. 2007) ....................................... 2, 5

*Kwan v. Schlein*,
   No. 05 Civ. 0459, 2007 WL 3071803 (S.D.N.Y. Oct. 23, 2007) .............. 8, 9

*Local 812 GIPA v. Canada Dry Bottling Co. of New York*,
   1999 WL 301682 (S.D.N.Y. 1999) .................................. 6, 7

1153594.1

*McCray v. City of New York*,
   Nos. 03 Civ. 9685, 03 Civ. 9974, 03 Civ. 10080, 2007
   WL 4352748 (S.D.N.Y. Dec. 11, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Nationwide Cellular Service, Inc. v. Am. Mobile*,
   1991 WL 233284 (S.D.N.Y. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Old Republic Insurance Co. v. Hansa World Cargo Serv., Inc.*,
   170 F.R.D. 361 (S.D.N.Y. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 9

*Patane v. Clark*,
   No. 06-3446-CV, 2007 WL 4179838 (2d Cir. Nov. 28, 2007) . . . . . . . . . . . . . . 2

*Richards v. AXA Equitable Life Ins. Co.*,
   No. 06 Civ. 4744, 2007 WL 3084968 (S.D.N.Y. Oct. 22, 2007) . . . . . . . . . . . . . 5

*Russian Standard Vodka, Inc. v. Allied Domeco Spirits & Wine USA, Inc.*,
   No. 06 Civ. 9915, 2007 WL 4145277 (S.D.N.Y. Nov. 20, 2007) . . . . . . . . . . . . . 3