UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

E*TRADE SAVINGS BANK and
E*TRADE MORTGAGE CORPORATION,

        Plaintiffs,

-v-                                    No. 07 Civ. 8065 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY et al.,

        Defendants.

-------------------------------------------------------x

                                ORDER[1]

        For the reasons stated on the record of the December 20, 2007, hearing held pursuant to the Order to Show Cause entered on December 4, 2007 (Docket Entry No. 33), Plaintiffs' application for the Court to enter default judgment against Defendants National Settlement Agency and Steven Leff is denied without prejudice to renewal at a later date.

        SO ORDERED.

Dated:     New York, New York
             December 21, 2007

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*