MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore
Lisa M. Campisi
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs*
*E\*Trade Savings Bank and E\*Trade Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                            :

E\*TRADE SAVINGS BANK and E\*TRADE      :
MORTGAGE CORPORATION                 :   <u>ECF Case</u>
                            :

             Plaintiffs,       :   07-CV-8065 (LTS/GWG)
                            :

                            :
           v.             :   **MOTION TO ADMIT**
                            :   **COUNSEL *PRO HAC VICE***

NATIONAL SETTLEMENT AGENCY, INC.;   :
FAST TRACK TITLE AGENCY LLC,      :
STEVEN M. LEFF; RACHEL M. LEFF;    :
and RICHARD A. LEFF               :

                            :

           Defendants.      :
                            :
-----------------------------------------------------------------x

      PURSUANT TO RULE 1.3(c) of the Local Rules of Unites States District Courts for the

Southern and Eastern Districts of New York, I, Lisa M. Campisi, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    David Weiss
        Firm Name:          Reed Smith LLP
        Address:            Two Embarcadero Center, Suite 2000
        City/State/Zip:      San Francisco, CA 94111
        Phone Number:     (415) 543-8700
        Fax Number:       (415) 391 8269
        Email Address:     dweiss@reedsmith.com

1-NY/2268161.1

Mr. Weiss is a member in good standing of the bar of the State of California.    A copy of his

Certificate of Good Standing from the State of California is attached hereto.    There are no

pending disciplinary proceedings against Mr. Weiss in any State or Federal court.


Dated:    New York, New York
          January *17*, 2008

                                        By:_____
                                               Lisa M. Campisi
                                               MORGAN, LEWIS & BOCKIUS LLP
                                               101 Park Avenue
                                               New York, New York 10178
                                               212.309.6000


                                               *Attorneys for Plaintiffs E\*Trade Savings*
                                               *Bank and E\*Trade Mortgage*
                                               *Corporation*

                                        - 2 -

MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore
Lisa M. Campisi
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs*
*E\*Trade Savings Bank and E\*Trade Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

E\*TRADE SAVINGS BANK and E\*TRADE       :
MORTGAGE CORPORATION                     :          ECF Case
                                         :
                    Plaintiffs,          :          07-CV-8065 (LTS/GWG)
                                         :
            v.                           :
                                         :
NATIONAL SETTLEMENT AGENCY, INC.;        :
FAST TRACK TITLE AGENCY LLC,             :
STEVEN M. LEFF; RACHEL M. LEFF;          :
and RICHARD A. LEFF                      :
                                         :
                    Defendants.          :
                                         :
------------------------------------------------------------x

## DECLARATION OF LISA M. CAMPISI
## IN SUPPORT OF MOTION TO
## ADMIT COUNSEL PRO HAC VICE

LISA M. CAMPISI, hereby deposes and says as follows:

1.      I am a lawyer at the law firm of Morgan, Lewis & Bockius, LLP, counsel for E\*Trade

Savings Bank and E\*Trade Mortgage Corporation, plaintiffs in the above-captioned

action.  I am familiar with the proceedings in this case.  I make this statement based on

my personal knowledge of the facts set forth herein and in support of the motion to admit

David Weiss as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the States of New York, New Jersey and

Connecticut, and have been admitted to practice law since 1991.  I am also admitted to

the bar of the United States District Court for the Southern District of New York, and am

in good standing with this Court.

1-NY/2268173.1

3.    I have known Mr. Weiss since October, 2003.

4    Mr. Weiss is a member of law firm of Reed Smith LLP in San Francisco, California.

5.    Mr. Weiss has been a member of the bar of the State of California since 1990 and is a

member in good standing of that bar.

6.    I have found Mr. Weiss to be a skilled attorney and a person of integrity.  He is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7.    Accordingly, I am pleased to move the admission of David Weiss, pro hac vice.

8.    I respectfully submit a proposed order granting the admission of David Weiss, pro hac

vice, which is attached hereto as Exhibit A.

9.    **WHEREFORE** it is respectfully requested that the motion to admit David Weiss, pro

hac vice, to represent Plaintiffs in the above-captioned matter, be granted.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _January 17, 2008_

_____
Lisa M. Campisi

1-NY/2268173.1

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                         TELEPHONE: 888-800-3400

January 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID EVAN
WEISS, #148147 was admitted to the practice of law in this state by the
Supreme Court of California on December 4, 1990; and has been since that
date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

E*TRADE SAVINGS BANK and E*TRADE          :
MORTGAGE CORPORATION                       :          ECF Case
                                           :
                    Plaintiffs,            :          07-CV-8065 (LTS/GWG)
                                           :
             v.                            :
                                           :
NATIONAL SETTLEMENT AGENCY, INC.;          :          **ORDER FOR ADMISSION**
FAST TRACK TITLE AGENCY LLC,               :          **PRO HACE VICE ON**
STEVEN M. LEFF; RACHEL M. LEFF;            :          **WRITTEN MOTION**
and RICHARD A. LEFF                        :
                                           :
                    Defendants.            :
                                           :
-----------------------------------------------------------------x

Upon motion of Lisa M. Campisi, attorney for Plaintiffs E*TRADE Savings Bank and

E*TRADE Mortgage Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | David Weiss |
| Firm Name: | Reed Smith LLP |
| Address: | Two Embarcadero Center, Suite 2000 |
| City/State/Zip: | San Francisco, CA 94111 |
| Phone Number: | (415) 543-8700 |
| Fax Number: | (415) 391 8269 |
| Email Address: | dweiss@reedsmith.com |

is admitted to practice pro hac vice as counsel for Plaintiffs E*TRADE Savings Bank and

E*TRADE Mortgage Corporation in the above captioned case in the United States District Court

for Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of

Court.

Dated:        January _____, 2008
City, State:  New York, New York

_____
United States District/Magistrate Judge

1-NY/2268172.1

MORGAN, LEWIS & BOCKIUS LLP
Kelly A. Moore
Lisa M. Campisi
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Plaintiffs E\*TRADE Savings*
*Bank and E\*TRADE Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

E\*TRADE SAVINGS BANK; AND          :
E\*TRADE MORTGAGE CORPORATION,

                           :      Civil Action: 07-CV-08065 (LTS)(GWG)
          *Plaintiffs,*

                          :      (ECF Case)
    -against-

NATIONAL SETTLEMENT AGENCY, INC..;  :
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND  :
RICHARD A. LEFF,

          *Defendants.*        :

------------------------------------- X

## CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on January 18, 2008, I caused true and correct

copies of the foregoing Motion to Admit Counsel Pro Hac Vice, and the accompanying

declaration of Lisa M. Campisi, to be served by electronic mail to:

> Jonathan B. Bruno, Esq.
> Kaufman, Borgeest & Ryan, LLP
> 99 Park Avenue, 19th Floor
> New York, New York 10016
> Email: jbruno@kbrlaw.com
>
> Carl M. Perri, Esq.
> Clausen Miller, P.C.
> One Chase Manhattan Plaza
> New York, New York 10005
> Email: cperri@clausen.com

1-NY/2269701.1

Lawrence F. Morrison, Esq.
220 East 72nd street
New York, New York 10021
Email: morrlaw@aol.com

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, New York 11501
vze4sp5a@verizon.net

Dated: New York, New York
January 18, 2008

Namita E. Mani

1-NY/2269701.1