UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E*Trade Savings Bank, et al.   Plaintiff,

- against -

National Settlement Agency, Inc., et al.   Defendant.



MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Carl M. Perri a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Harvey R. Herman
Firm Name: Clausen Miller P.C.
Address: 10 South LaSalle Street
City/State/Zip: Chicago, Illinois 60603
Phone Number: (312) 606-7451
Fax Number: (312) 606-7777

Harvey R. Herman is a member in good standing of the Bar of the States of Illinois

There are no pending disciplinary proceeding against Harvey R. Herman in any State or Federal court.

Dated: 1/22/2008
City, State: New York, New York

Respectfully submitted,

Carl M. Perri
SDNY Bar 6415
Firm Name: Clausen Miller P.C.
Address: One Chase Manhattan Plaza
City/State/Zip: New York, New York 10005
Phone Number: 212-805-3900
Fax Number: 212-805-3939

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E*TRADE Savings Bank, et al.,    Plaintiffs,

    -against-

National Settlement Agency, Inc.,
et al.,    Defendants.

07 CV 8065

AFFIDAVIT OF
CARL PERRI IN
SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York    )
                           ) ss:
County of New York    )

Carl Perri being duly sworn, hereby deposes and says as follows:

1. I am counsel for Fast Track Title Agency, LLC., counsel for Defendant in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Harvey R. Herman, Sr. as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2000 and admitted to practice in the United States District Court, South District of New York in 2002.

3. I have known Harvey R. Herman since October, 2003.

4. Harvey R. Herman. is a partner with Clausen Miller P.C. in Chicago, IL.

5. I have found Mr. Herman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Harvey R. Herman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Harvey R. Herman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Harvey R. Herman, pro hac vice, to represent Defendant, Fast Track Title Agency, LLC., in the above captioned matter, be granted.

Dated:    January 22, 2008
City, State:    New York, New York

Respectfully submitted,

/s/ Carl M. Perri

Carl M. Perri

1155366.1



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Attn: Kathleen Murray
Clausen Miller, PC
10 S. LaSalle St.
Chicago, IL 60603

Chicago
Wednesday, January 16, 2008

In re: Harvey R. Herman
Admitted: 5/5/1983
Attorney No. 6184307

To Whom It May Concern:

   The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:jpo

**Exhibit "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E*Trade Savings Bank, et al.        Plaintiff,

                                                        07   cv   8065   (   )

         - against -
National Settlement Agency, Inc.,   Defendant.          **ORDER FOR ADMISSION**
et al.                                                  **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of  Carl M. Perri          attorney for  Fast Track Title Agency, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Harvey R. Herman |
| Firm Name: | Clausen Miller P.C. |
| Address: | 10 South LaSalle Street |
| City/State/Zip: | Chicago, Illinois  60603 |
| Telephone/Fax: | (312) 606-7451 |
| Email Address: | hherman@clausen.com |

is admitted to practice pro hac vice as counsel for   Fast Track Title Agency, Inc.   in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

                                                        _____
                                                        United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

JAMIE L. SOBIN, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Yonkers, New York; that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Defendants FAST TRACK TITLE AGENCY., and on the 22nd day of January, 2008, I served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE** via regular mail upon the following:

TO:   Morgan, Lewis, & Bockius, LLP
      101 Park Avenue
      New York, New York 10178

      Lawrence F. Morrison, Esq.
      220 East 72nd Street, 25th Floor
      New York, New York 10021

      Michael L. Soshnick, Esq.
      190 Willis Avenue
      Suite 112
      Mineola, New York 11501

      Kaufman, Borgeest & Ryan, LLP
      99 Park Avenue
      New York, New York 10016

                                                _____
                                                JAMIE L. SOBIN

Sworn to before me this
22nd day of January, 2008

_____
NOTARY PUBLIC

DAVID GROUP
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GR6071
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES MARCH 18, 2010

230556.1