UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

E*TRADE SAVINGS BANK and E*TRADE
MORTGAGE CORPORATION

          Plaintiffs,

    v.

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC,
STEVEN M. LEFF; RACHEL M. LEFF;
and RICHARD A. LEFF

          Defendants.

------------------------------------------------------------X

ECF Case

07-CV-8065 (LTS/GWG)

**ORDER FOR ADMISSION**
**PRO HACE VICE ON**
**WRITTEN MOTION**

Upon motion of Lisa M. Campisi, attorney for Plaintiffs E*TRADE Savings Bank and E*TRADE Mortgage Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    David Weiss
    Firm Name:    Reed Smith LLP
    Address:    Two Embarcadero Center, Suite 2000
    City/State/Zip:    San Francisco, CA 94111
    Phone Number:    (415) 543-8700
    Fax Number:    (415) 391 8269
    Email Address:    dweiss@reedsmith.com

is admitted to practice pro hac vice as counsel for Plaintiffs E*TRADE Savings Bank and E*TRADE Mortgage Corporation in the above captioned case in the United States District Court for Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    January 28, 2008
City, State:    New York, New York

_____
United States District/Magistrate Judge

I-NY/2268172.1