Wallace B. Neel (WN 0038)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
*Attorneys for Plaintiffs*
*E*Trade Savings Bank and E*Trade Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| E*TRADE SAVINGS BANK and E*TRADE MORTGAGE CORPORATION | : | ECF Case |
| | : | |
| Plaintiffs, | : | 07 Civ. 8065 (LTS/GWG) |
| | : | |
| v. | : | |
| | : | |
| NATIONAL SETTLEMENT AGENCY, INC.; FAST TRACK TITLE AGENCY LLC, STEVEN M. LEFF; RACHEL M. LEFF; and RICHARD A. LEFF | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that, pursuant to Rule 1.4 of the Local Rules of this Court and upon the declaration of Wallace B. Neel, executed February 1, 2008, E*Trade Savings Bank and E*Trade Mortgage Corporation ("Plaintiffs") will move this Court, before the Honorable Laura T. Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York New York 10007, on a date and time to be

-2-

determined by the Court, for an Order granting Defendants' Motion to substitute Reed Smith LLP as their attorneys of record.

Dated:    New York, New York
          February 1, 2008

                                **REED SMITH LLP**

                                By: _____
                                   Wallace B. Neel (WN 0038)
                                599 Lexington Avenue
                                New York, New York 10022
                                Tel. (212) 521-5400
                                Fax. (212) 521-5450
                                Attorneys for Plaintiffs