Wallace B. Neel (WN 0038)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
*Attorneys for Plaintiffs*
*E*Trade Savings Bank and E*Trade Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| E*TRADE SAVINGS BANK and E*TRADE MORTGAGE CORPORATION | ECF Case |
| Plaintiffs, | 07 Civ. 8065 (LTS/GWG) |
| v. | |
| NATIONAL SETTLEMENT AGENCY, INC.; FAST TRACK TITLE AGENCY LLC, STEVEN M. LEFF; RACHEL M. LEFF; and RICHARD A. LEFF | |
| Defendants. | |

------------------------------------------------------------x

### DECLARATION OF WALLACE B. NEEL

I, Wallace B. Neel, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate at Reed Smith LLP, retained as counsel for E*Trade Savings Bank and E*Trade Mortgage Corporation ("Plaintiffs").

2. I submit this declaration in support of Plaintiffs' motion to substitute Reed Smith as counsel of record in this matter.

-2-

3. Plaintiffs have requested that Reed Smith LLP be substituted as counsel of record.

4. No prejudice or delay will result from this substitution, as the action has only recently been started and the primary attorney working on the matter on behalf of Plaintiffs, David Weiss, recently joined Reed Smith LLP and has already been admitted to practice in this Court *pro hac vice* by order dated January 28, 2008.

Dated: New York, New York
       February 1, 2008

_____
Wallace Neel