UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                  :

E*TRADE SAVINGS BANK and E*TRADE   :
MORTGAGE CORPORATION                      :   <u>ECF Case</u>
                                                  :
             Plaintiffs,                   :   07 Civ. 8065 (LTS/GWG)
                                                  :
        v.                              :
                                                  :

NATIONAL SETTLEMENT AGENCY, INC.;   :
FAST TRACK TITLE AGENCY LLC,
STEVEN M. LEFF; RACHEL M. LEFF;       :
and RICHARD A. LEFF
                                                  :
             Defendants.                :
                                                  :
-----------------------------------------------------------x

## ORDER

Upon consideration of the motion of E*Trade Savings Bank and E*Trade Mortgage Corporation to substitute as attorneys of record, and the supporting declaration of Wallace B. Neel, it is, by the Court, this ____ day of February, 2008,

ORDERED that Plaintiffs' motion to substitute Reed Smith LLP as its attorneys of record shall be, and hereby is, GRANTED.

                                                        _____
                                                        UNITED STATES DISTRICT COURT