UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

E*TRADE SAVINGS BANK and
E*TRADE MORTGAGE CORPORATION,

Plaintiffs,

-v-

NATIONAL SETTLEMENT AGENCY et al.,

Defendants.

---------------------------------------------------------x



No.  07 Civ. 8065 (LTS)(GWG)

### ORDER[1]

On January 7, 2008, Plaintiffs moved for leave to amend their complaint. (Docket Entry No. 44.) Defendants did not oppose their motion or otherwise object since that time. Therefore, Plaintiffs' motion is granted. Plaintiffs shall file and serve, with a courtesy copy provided for Chambers, their Amended Complaint no later than 14 days from the filing of this Order.

In light of the granting of Plaintiffs' motion, Defendant Fast Track Title Agency LLC's motion to dismiss Plaintiffs' original complaint (Docket Entry No. 22) is moot and denied without prejudice. The Clerk of Court is respectfully requested to terminate Docket Entries Nos. 22 and 44.

SO ORDERED.

Dated:      New York, New York
            February  1 , 2008

LAURA TAYLOR SWAIN
United States District Judge

---

[1]  *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF.  The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel.  A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*