UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE SAVINGS BANK and<br>E*TRADE MORTGAGE CORPORATION<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>NATIONAL SETTLEMENT AGENCY,<br>INC.; FAST TRACK TITLE AGENCY<br>LLC; STEVEN M. LEFF; RACHEL M.<br>LEFF; and RICHARD A. LEFF,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.  07 CIV 8065<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TABLE OF CONTENTS**

| | | | |
|---|---|---|---|
| INTRODUCTION | | | 1 |
| PROCEDURAL HISTORY | | | 2 |
| ARGUMENT | | | 3 |
| I. | Under The New Pleading Standard Set Forth In Bell Atlantic, Plaintiff Must Plead Sufficient Facts To State A Plausible Claim. | | 3 |
| | A. | Plaintiffs Failed To Plead Sufficient Facts Under The New Bell Atlantic Standard | 4 |
| | B. | Plaintiffs' Allegations Based "Upon Information And Belief" Do Not Satisfy The Bell Atlantic Standard | 5 |
| II. | Plaintiffs Failed To Sufficiently Allege That Fast Track Is The Alter Ego Of NSA | | 6 |
| | A. | Plaintiffs' Alter Ego Allegations Are Insufficient Under Bell Atlantic | 6 |
| | B. | Plaintiffs Failed to Satisfy The Two-Prong Test To Establish Alter Ego Liability | 7 |
| | | 1.  Plaintiffs' Bare, Conclusory Allegations Do Not Satisfy The Two-Prong Test To Impose Liability Under An Alter Ego Theory | 7 |
| | | 2.  Plaintiffs' Speculative Allegations Based "Upon Information And Belief" Do Not Satisfy The Test To Establish Alter Ego Liability | 9 |

| | | | |
|---|---|---|---|
| III. | | The Individual Claims In Plaintiffs' Amended Complaint Are Deficient For Additional Reasons .................................................. | 11 |
| | A. | Plaintiffs' Breach Of Contract Claim Against Fast Track Cannot Survive A Motion To Dismiss................................................... | 11 |
| | B. | Plaintiffs' Allegations Based "Upon Information And Belief" Are Insufficient To Plead A Cause of Action For Conversion. ................ | 12 |
| | C. | Plaintiffs' Breach Of Fiduciary Duty Claim Does Nothing More Than Regurgitate The Requisite Elements. ................................ | 15 |
| | D. | Plaintiffs' Allegations Fail To Meet The Heightened Pleading Standards Required For Fraud ...................................... | 16 |
| | | 1. Plaintiffs Have Not Met The Heightened Pleading Standard Required To Sustain A Claim For Fraud................................. | 16 |
| | | 2. Plaintiffs Have Not Met The Heightened Pleading Standard Required To Sustain A Claim For Fraud................................. | 17 |
| | | 3. Plaintiffs' Allegations Of Scienter Are Speculative ................... | 18 |
| | | 4. Plaintiffs' Allegations of Damages Are Insufficient .................. | 18 |
| | | 5. Plaintiffs' Fraud Claim Is Duplicative of Its Breach of Contract Claim................................................................ | 19 |
| | E. | In Addition To Failing To Meet The *Bell Atlantic* Pleading Standard And Sufficiently Alleging That NSA And Fast Track Are Alter Egos, Plaintiffs' Negligence Claim Must Fail For Several Reasons ...................... | 20 |
| | F. | Plaintiffs' Claim For Unjust Enrichment Must Be Dismissed .............. | 20 |
| | G | Plaintiffs' Claim For Money Had And Received Must Be Dismissed ........ | 21 |
| CONCLUSION ................................................................. | | | 23 |

ii

236002.1

# TABLE OF AUTHORITIES

| CASES | Page |
|---|---|
| *Abelman v. Shoratlantic Dev. Co.*, <br> 153 A.D.2d 821, 545 N.Y.S.2d 333 (N.Y. App. Div. 1989) .................... | 6 |
| *Abdelhamid v. Altria Group, Inc.*, <br> 515 F. Supp. 2d 384 (S.D.N.Y. 2007) ............................................ | 3 |
| *Ad Rendon Communications, Inc. v. Lumina Americas, Inc.*, <br> No. 04-CV-8832, 2007 WL 2962591 (S.D.N.Y. Oct. 10, 2007) ............. | 12, 13, 14 |
| *Airlines Reporting Corp. v. Arrow Voyagers, Inc.*, <br> 721 F. Supp 579 (S.D.N.Y. 1989) .................................................. | 17 |
| *Aktieskelskalset v. Fame Jeans*, <br> 2007 WL 1655877 (D.D.C. June 7, 2007) ..................................... | 5 |
| *Allied Irish Banks v. Bank of America, N.A.*, <br> No. 03 CIV 3748, 2006 WL 278138 (S.D.N.Y. 2006) ..................... | 22 |
| *American Mayflower Life Ins. Co. of New York v. Moskowitz*, <br> 17 A.D.3d 289, 794 N.Y.S.2d 32 (N.Y. 2005) ............................... | 21, 22 |
| *American Protein Corp. v. AB Volvo*, <br> 844 F. 2d 56 (2d Cir. 1998) ........................................................ | 7, 8 |
| *Bell Atlantic Corporation v. Twombly*, <br> 127 S. Ct. 1955 (May 21, 2007) .................................................. | *passim* |
| *Bonanni v. Straight Arrow Publishers*, <br> 133 A.D.2d 585, 520 N.YS.2d 7 (N.Y. App. Div. 1987) ................... | 7 |
| *Camofi Master LDC v. College Partnership*, <br> 452 F. Supp. 2d 462 (S.D.N.Y. 2006) ........................................ | 8 |
| *Carlucci v. Owens-Corning Fiberglas Corp.*, <br> 646 F. Supp. 1486 (E.D.N.Y. 1986) ............................................ | 17, 18 |
| *Clark-Fitzpatrick, Inc. v. Long Island P. Co.*, <br> 70 N.Y.2d 382, 516 N.E.2d 190 (N.Y. 1980) ................................. | 20 |
| *Coastal State v. Zenith*, <br> 446 F. Supp. 330 (D.C.N.Y. 1977) ............................................... | 7, 8 |

236002.1

| | |
|---|---|
| *Command Cinema Corp. v. VCA Labs, Inc.*,<br>464 F. Supp. 2d 191 (S.D.N.Y. 2006) .................................................................. | 13 |
| *Conley v. Gibson*,<br>355 U.S. 41 (1957) ................................................................................................. | 3 |
| *DiVittorio v. Equidyne Extractive Indus., Inc.*,<br>822 F.2d 1242 (2d Cit. 1987) .................................................................................. | 17 |
| *In re Elevator Antitrust Litig.*,<br>502 F.3d 47 (2d Cir. 2007) ..................................................................................... | 5 |
| *Feeseha v. TD Waterhouse Investor Services, Inc.*,<br>193 Misc. 2d 747, 253 N.Y.S.2d 676 (N.Y. Sup. Ct. 2002) .................................. | 13, 16, 22 |
| *Goldstein v. Pataki*,<br>No. 07-2537-cv, 2008 WL 269100 (2d Cir. Feb. 1, 2008) ..................................... | 3 |
| *Kashfi v. Phibro-Salomon, Inc.*,<br>628 F. Supp. 727 (S.D.N.Y. 1986) ........................................................................ | 7 |
| *William Kaufman Org. v. Graham & James LLP*,<br>269 A.D.2d 171, 703 N.Y.S.2d 439 (N.Y. Sup. Ct. 2000) .................................... | 15 |
| *Kurtzman v. Bergstol*,<br>40 A.D.3d 588, 835 N.Y.S.2d 644 (2007) ............................................................. | 15 |
| *Leather v. U.S. Trust Co. of New York*,<br>279 A.D.2d 311, 720 N.Y.S.2d 448 (N.Y Sup. Ct. 2001) ..................................... | 16 |
| *Lombard v. Booz-Allen and Hamilton, Inc.*,<br>280 F.3d 209 (3d Cir. 2002) ................................................................................... | 20 |
| *Moses v. Martin*,<br>360 F. Supp. 2d 533 (S.D.N.Y. 2004) .................................................................... | 12 |
| *New York State Teamsters Conference Pension & Retirement Fund v. Hoh*,<br>554 F. Supp. 519 (N.D.N.Y. 1982) ........................................................................ | 7, 9 |
| *Old Republic Insurance Co. v. Hansa World Cargo Serv., Inc.*,<br>170 F.R.D. 361 (S.D.N.Y. 1997) ............................................................................ | 9, 16, 17 |
| *Orange County Choppers, Inc. v. Olaes Enterprises, Inc.*,<br>497 F. Supp. 2d 541 (S.D.N.Y. 2007) .................................................................... | 21 |

236002.1

| | |
|---|---|
| *Payday Advance Plus, Inc. v. Find What.com, Inc.*, <br> 478 F. Supp. 2d 496 (S.D.N.Y. 2007) .................................................................. | 20 |
| *Phoenix Garden Restaurant, Inc. v. Chu*, <br> 245 A.D.2d 164, 667 N.Y.S.2d 20 (1st Dept. 1997) ............................................ | 22 |
| *R.H. Damon & Co. v. Softkey Software Products, Inc.*, <br> 811 F. Supp. 986 (S.D.N.Y. 1993) ....................................................................... | 11 |
| *Reade v. SL Green Operating P'ship*, <br> 817 N.Y.S.2d 230 (App. Div. 2006) ..................................................................... | 13 |
| *Sofi Classics S.A. Dec. C.V. v. Hurowitz*, <br> 444 F. Supp. 2d 231 (S.D.N.Y. 2006) ................................................................... | 19, 21 |
| *Strojmaterialintorg v. Russian Am. Commercial Corp.*, <br> 815 F. Supp. 103 (E.D.N.Y. 1993) ....................................................................... | 14 |
| *Thyroff v. Nationwide Mut. Ins. Co.*, <br> 460 F.3d 400 (2d Cir. 2006) ................................................................................. | 12 |
| *Zaro Licensing, Inc. v. Cinmar, Inc.*, <br> 779 F. Supp. 276 (S.D.N.Y. 1991) ....................................................................... | 17, 18, 19 |
| *Zinaman v. USTS New York, Inc.*, <br> 798 F. Supp. 128 (S.D.N.Y. 1992) ....................................................................... | 7, 9 |
| *Wausau Bus. Ins. Co. v. Turner Constr. Co.*, <br> 141 F. Supp. 2d 412 (S.D.N.Y. 2001) ................................................................... | 8 |
| *Wexner v. First Manhattan Co.*, <br> 902 F. 2d 169 (2d Cir. 1990) ................................................................................ | 18 |
| *Yeterian v. Heather Mills N.V. Inc.*, <br> 183 A.D.2d 493, 583 N.Y.S.2d 439 (N.Y. App. Div. 1992) | 13 |