## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss:
COUNTY OF NEW YORK  )

JAMIE L. SOBIN, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Yonkers, New York; that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Defendants FAST TRACK TITLE AGENCY., and on the 19th day of February, 2008, I served the within **DEFENDANT FAST TRACK TITLE AGENCY LLC'S MOTION TO DISMISS AMENDED COMPLAINT, TABLE OF CONTENTS, TABLE OF AUTHORITIES and DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** via regular mail upon the following:

TO:   Morgan, Lewis, & Bockius, LLP
         101 Park Avenue
         New York, New York 10178

         Lawrence F. Morrison, Esq.
         220 East 72nd Street, 25th Floor
         New York, New York 10021

         Michael L. Soshnick, Esq.
         190 Willis Avenue
         Suite 112
         Mineola, New York 11501

         Kaufman, Borgeest & Ryan, LLP
         99 Park Avenue
         New York, New York 10016

                                                                            _____
                                                                                   JAMIE L. SOBIN

Sworn to before me this
19th day of February, 2008

_____
NOTARY PUBLIC

JOSEPH W. SZALYGA
Notary Public State of New York
No. 02SZ6105322
Qualified in New York County   Kings Cty
Commission Expires February 9, 20_12_

230556.1