SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E*Trade Savings Bank, et al.    Plaintiff,

- against -

National Settlement Agency, Inc., et al.    Defendant.

07 cv 8065

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Carl M. Perri a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Michael R. Grimm, Sr.
Firm Name: Clausen Miller P.C.
Address: 10 South LaSalle Street
City/State/Zip: Chicago, Illinois 60603
Phone Number: (312) 606-7855
Fax Number: (312) 606-7777

Michael R. Grimm is a member in good standing of the Bar of the States of Illinois

There are no pending disciplinary proceeding against Michael R. Grimm, Sr. in any State or Federal court.

Dated: 1/22/2008
City, State: New York, New York

Respectfully submitted,

*/s/ Carl M. Perri*

Carl M. Perri
SDNY Bar 6415
Firm Name: Clausen Miller P.C.
Address: One Chase Manhattan Plaza
City/State/Zip: New York, New York 10005
Phone Number: 212-805-3900
Fax Number: 212-805-3939

SDNY Form Web 10/2006

*This motion (Docket #50) is granted.*

SO ORDERED. DATE: 3/7/08

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE