SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

E*Trade Savings Bank, et al. Plaintiff,

- against -

National Settlement Agency, Inc., et al. Defendant.

07 cv 8065 ( )

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

JAN 23 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Carl M. Perri a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Harvey R. Herman
Firm Name: Clausen Miller P.C.
Address: 10 South LaSalle Street
City/State/Zip: Chicago, Illinois 60603
Phone Number: (312) 606-7451
Fax Number: (312) 606-7777

Harvey R. Herman is a member in good standing of the Bar of the States of Illinois

There are no pending disciplinary proceeding against Harvey R. Herman in any State or Federal court.

Dated: 1/22/2008
City, State: New York, New York

Respectfully submitted,

Carl M. Perri
SDNY Bar 6415
Firm Name: Clausen Miller P.C.
Address: One Chase Manhattan Plaza
City/State/Zip: New York, New York 10005
Phone Number: 212-805-3900
Fax Number: 212-805-3939

SO ORDERED: DATE:
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

SDNY Form Web 10/2006

This motion (Docket #49) is granted
SO ORDERED: 3/4/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE