UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

E*TRADE SAVINGS BANK and E*TRADE
MORTGAGE CORPORATION

    Plaintiffs,

  v.

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC,
STEVEN M. LEFF; RACHEL M. LEFF;
and RICHARD A. LEFF

    Defendants.

------------------------------------------------------------x

ECF Case

07 Civ. 8065 (LTS/GWG)

**ORDER** (Docket #51)

Upon consideration of the motion of E*Trade Savings Bank and E*Trade Mortgage Corporation to substitute as attorneys of record, and the supporting declaration of Wallace B. Neel, it is, by the Court, this 7th day of March, 2008,

ORDERED that Plaintiffs' motion to substitute Reed Smith LLP as its attorneys of record shall be, and hereby is, GRANTED without opposition.

_____
UNITED STATES DISTRICT COURT
Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York