UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE SAVINGS BANK and<br>E*TRADE MORTGAGE CORPORATION<br><br>Plaintiffs,<br>vs.<br><br>NATIONAL SETTLEMENT AGENCY,<br>INC.; FAST TRACK TITLE AGENCY<br>LLC; STEVEN M. LEFF; RACHEL M.<br>LEFF; and RICHARD A. LEFF,<br><br>Defendants. | Civil Action No. 07 CIV 8065 |

## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

    I.   Under Supreme Court Precedent, Plaintiffs' Claim Should Be Dismissed  2
        Because They Cannot Plausibly State A Claim Against Fast Track . . . . . . . . . . . . . .

        A.   This Court and the Second Circuit Apply Bell Atlantic's  3
             Plausibility Standard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        B.   The Second Circuit Recognizes That Bell Atlantic's Plausibility Pleading  5
             Standard Is Not Limited To Antitrust Cases . . . . . . . . . . . . . . . . . . . . . . . . . .

    II.  Plaintiffs' Bare, Conclusory Allegations Are Insufficient To Impose Liability  5
        On Fast Track Under An Alter Ego Theory. . . . . . . . . . . . . . . . . . . . . . . . . . .

    III. The Individual Claims In Plaintiffs' Amended Complaint Must Be Dismissed . . . . .  8

        A.   Plaintiffs' Breach of Contract Claim Is Inadequate . . . . . . . . . . . . . . . . . . . . . . .  9

        B.   Plaintiffs' Conversion Claim Is Duplicative of Their Contract Claim . . . . . . . . .  9

        C.   Plaintiffs' Breach of Fiduciary Duty Claim Is Inadequate . . . . . . . . . . . . . . . . .  10

        D.   Plaintiff's Fraud Claim Must Be Dismissed . . . . . . . . . . . . . . . . . . . . . . . . . . .  11

        E.   Plaintiffs' Negligence Claim Cannot Survive . . . . . . . . . . . . . . . . . . . . . . . . . .  11

        F.   Plaintiffs' Unjust Enrichment Claim Is Insufficient . . . . . . . . . . . . . . . . . . . . . .  11

1173171.1

      G.    Plaintiffs' Claim For Money Had And Received Must Be Dismissed . . . . . . . .  11

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11

# TABLE OF AUTHORITIES

## CASES                                                                                      Page

*Airlines Reporting Corp. v. Aero Voyagers, Inc.*,
  721 F. Supp. 579 (S.D.N.Y. 1989) .................................... 10

*Arias v. U.S.*,
  No. 05 Civ. 1049, 2007 WL 4157152 (S.D.N.Y. Nov. 15, 2007) ............. 4

*Arista Records LLC v. Lime Group LLC*,
  No. 06 Civ. 5936, 2007 WL 4267190, at *4 (S.D.N.Y. Dec. 3, 2007) ....... 4

*ATSI Communications, Inc. v. Shaar Fund, Ltd.*,
  493 F.3d 87 (2d Cit. 2007) ............................................ 3, 5

*Bell Atlantic Corp. v. Twombley*,
  127 S. Ct. 1955 (May 21, 2007) ........................................ *passim*

*Bender v. Gen. Services Admin.*,
  No. Civ. 6459, 2008 WL 619035 (S.D.N.Y. March 5, 2008) ................ 3, 4

*Camofi Master LDC v. College Partnership*,
  452 F. Supp. 2d 462 (S.D.N.Y. 2006) ................................... 6

*Command Cinema Corp. v. VCA Labs, Inc.*,
  464 F. Supp. 2d 191 (S.D.N.Y. 2006) ................................... 9

*Conley v. Gibson*,
  355 U.S. 41, 78 S. Ct. 99 (1957) ...................................... 2, 3

*Crowley v. Visionmaker, LLC*,
  512 F. Supp. 2d 144 (S.D.N.Y. 2007) ................................... 4

*CVC Claims Litig. LLC v. Citicorp Venture Capital Ltd.*,
  No. 03 Civ. 7936, 2007 WL 2915181 (S.D.N.Y. Oct. 3, 2007) ............. 4, 6

*D'Antonio v. Metro. Transp. Auth.*,
  No. 06 cv 4238, 2008 WL 582354 (S.D.N.Y. March 4, 2008) ............... 4, 6

*DiVittorio v. Equidyne Extractive Indus., Inc.*,
  822 F.2d 1242 (2d Cir. 1987) .......................................... 10

*Erickson v. Pardus*,
  127 S. Ct. 2197 (2007) ................................................ 4, 5

*Goldstein v. Pataki,*
   No. 07-2537-cv, 2008 WL 269100 (2d Cir. Feb. 1, 2008) .................... 2

*Iqbal v. Hasty,*
   490 F.3d 143 (2d Cir. 2007) ............................................. 2, 5

*Kwan v. Schlein,*
   246 F.R.D. 447 (S.D.N.Y. 2007) .......................................... 8, 9

*Local 812 GIPA v. Canada Dry Bottling Co. of New York,*
   1999 WL 301692 (S.D.N.Y. 1999) .......................................... 7, 8

*Mabry v. New York City Dept. of Corrections,*
   No. 05 Civ. 8133, 2008 WL 619003 (S.D.N.Y. March 7, 2008) ............... 3

*Nationwide Cellular Service, Inc. v. Am. Mobile,*
   1991 WL 233284 (S.D.N.Y. 1991) .......................................... 10

*Old Republic Insurance Co. v. Hansa World Cargo Serv., Inc.,*
   170 F.R.D. 361 (S.D.N.Y. 1997) .......................................... 7, 8, 10

*Patane v. Clark,*
   508 F.3d 106 (2d Cir. 2007) ............................................. 2, 3

*Richards v. AXA Equitable Life Ins. Co.,*
   No. 06 Civ. 4744, 2007 WL 3084968 (S.D.N.Y. Oct. 22, 2007) .............. 6

*Ruotolo v. New York,*
   514 F.3d 184 (2d Cir. 2008) ............................................. 2

*Russian Standard Vodka, Inc. v. Allied Domeco Spirits & Wine USA, Inc.,*
   523 F. Supp. 2d 376 (S.D.N.Y. 2007) ..................................... 4

1173171.1