UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E*TRADE SAVINGS BANK and E*TRADE  :
MORTGAGE CORPORATION              :    ECF Case
                                  :
            Plaintiffs,           :    07 Civ. 8065 (LTS/GWG)
                                  :
     v.                           :
                                  :
NATIONAL SETTLEMENT AGENCY, INC.; :
FAST TRACK TITLE AGENCY LLC,      :
STEVEN M. LEFF; RACHEL M. LEFF;   :
and RICHARD A. LEFF               :
                                  :
            Defendants.           :
                                  :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

**WALLACE NEEL**, hereby certifies the following under penalty of perjury:

1. I am an associate with the firm of Reed Smith, LLP, counsel for Plaintiffs E*Trade Savings Bank and E*Trade Mortgage Corporation in this action.

2. On February 15, 2008 I caused to be served by First Class Mail a true and correct copy of the attached Amended Complaint (Jury Trial Demanded) upon

> **FAST TRACK TITLE AGENCY LLC**
> C/O Clausen Miller, P.C.,
> Carl M. Perri, Jr.
> One Chase Manhattan Plaza
> New York, NY 10005
>
> C/O Clausen Miller P.C. (IL)
> Harvey R. Herman
> Michael R. Grimm
> 10 South LaSalle Street
> Chicago, IL 60603

**RICHARD A. LEFF**
C/O Kaufman Borgeest & Ryan LLP
Jonathan B. Bruno
99 Park Avenue
19th Floor
New York, NY 10016



**RACHEL LEFF**
C/O Law Offices of Steven Leff
575 Madison Avenue
Suite 1006
New York, NY 10022

**STEVEN LEFF**
C/O Law Offices of Steven Leff
575 Madison Avenue
Suite 1006
New York, NY 10022

**NATIONAL SETTLEMENT AGENCY LLC**
C/O Law Offices of Steven Leff
575 Madison Avenue
Suite 1006
New York, NY 10022

Dated: New York, New York
       February 15, 2008

_____
Wallace B. Neel (WN 0038)

Sworn to before me this
15th day of February, 2008.

_____
Notary Public

JEFFREY M. TAMARIN
Notary Public, State of New York
No. 02TA4854023
Qualified in Westchester County
Commission Expires March 16, 2010

-2-