REED SMITH LLP
Wallace B. Neel (WN 0038)
David E. Weiss (*pro hac vice* application to be filed)
599 Lexington Avenue
New York, New York 10022
212-521-5400
*Attorneys for Plaintiffs E*TRADE Savings Bank
and E*TRADE Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

E*TRADE SAVINGS BANK; AND  :
E*TRADE MORTGAGE CORPORATION,
                                            :
           Plaintiffs,                      :    Case No. 07-CV-8065 (LTS/GWG)
                                            :
     -against-                              :
                                            :    **AFFIDAVIT OF SERVICE**
NATIONAL SETTLEMENT AGENCY, INC.;           :
FAST TRACK TITLE AGENCY LLC.;               :
STEVEN M. LEFF; RACHEL M. LEFF; AND         :
RICHARD A. LEFF,                            :
                                            :
           Defendants.                      :
------------------------------------------- X

I, **Evelyn Gonzalez**, hereby certify that on the 1st day of April 2008, I caused true and correct copies of the foregoing documents:

- Supplemental Summons in a Civil Action attached with an Amended Complaint.

**to be served upon:**

NATIONAL SETTLEMENT AGENCY LLC
c/o Law Offices of Steven Leff
575 Madison Avenue
Suite 1006
New York, NY 10022

by depositing a true copy thereof enclosed in a securely sealed, properly addressed fully postpaid first class mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated: May 2, 2008
       New York, New York

_____
Evelyn Gonzalez

Sworn to before me this
2d day of May, 2008

_____
Notary Public

WALLACE B. NEEL
Notary Public, State of New York
No. 02NE6168971
Qualified in NEW YORK County
Commission Expires 06/18/2011