## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                    CASE #:    07-CV-8065 (LTS/GWG)

E*TRADE SAVINGS BANK AND E*TRADE MORTGAGE CORPORATION,

                                                                          Plaintiff(s)/Petitioner(s)
                                          against

NATIONAL SETTLEMENT AGENCY, INC., ET. AL.,

                                                                          Defendant(s)/Respondent(s)

State of NY

County of Albany        SS

Kerry Gunner            being duly sworn , deposes and says: that deponent is not a party to this action, is over 18
                        years of age and resides in the state of New York.

That on   3/27/08            at    2:20 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY,
deponent served the within

**AMENDED COMPLAINT (WITH JURY DEMAND)**

upon:    **NATIONAL SETTLEMENT AGENCY INC.**

defendant/respondent in this action by delivering and leaving with   Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY,  two (2) true
copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said
service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary
of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|-----|-----------|-----------|-------------|-----------|-------------|--------|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on:  3/28/2008

_____                                      _____
Notary Public                                                Kerry Gunner

                                                             Lightning Legal Services, LLC
                                                             P.O. Box 9132
                                                             Albany, NY  12209

Claudia M. Murphy          Kerry Gunner              Jessica DeVoe                     108923
Notary Public, State of NY  Notary Public, State of NY  Notary Public, State of NY
No 01MU5016071             No 01GU5036710            No 01DE6042657
Qualified in Albany County  Qualified in Albany County  Qualified in Albany County
Commission expires 8/2/05  Commission expires 2/6/2011  Commission Expires 5/30/10