# ReedSmith

**Wallace Neel**
Direct Phone: 212.521.5452
Email: wneel@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com



5/14/08

MEMORANDUM ENDORSED

May 9, 2008

**By Fax 212-805-4268**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   E*Trade Savings Bank et ano v. Nat'l Set. Agy. et al., 07-CV-8065 (LTS/GWG)

Dear Judge Gorenstein:

I write on behalf of, and with the consent of, all counsel with respect to the settlement conference before Your Honor pursuant to the December 3, 2007 Preliminary Conference Order entered in this matter. Counsel are of the opinion that given the apparent illiquidity of all defendants and the present pendency of a motion to dismiss all claims against defendant Fast Track Title Agency LLC, settlement discussions are extremely unlikely to be productive at this point in time, if ever. Counsel will, of course, meet with the Court at Your Honor's convenience. However, counsel respectfully suggest that if such a conference is to occur, it will be a more useful exercise if it is scheduled for a date after the Court rules on the pending motion to dismiss. A conference prior to that time would be premature because the state of play will not be clear enough to permit counsel to accurately gauge their respective clients' potential recoveries and exposures.

The parties thank the Court for its time and attention to this request.

Respectfully submitted,

Wallace Neel

WN:eg

cc:   Carl M. Perri, Jr., Esq.
      Jonathan B. Bruno, Esq.

*When counsel are prepared to participate in a settlement conference, they shall inform the Court by letter.*

SO ORDERED   5/9/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

NYLIB-8021974.1-WNEEL 5/9/08 3:03 PM