Wallace B. Neel (WN 0038)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Plaintiffs*
*E\*Trade Savings Bank and E\*Trade Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| E\*TRADE SAVINGS BANK and E\*TRADE MORTGAGE CORPORATION | ECF Case |
| Plaintiffs, | 07 Civ. 8065 (LTS/GWG) |
| v. | |
| NATIONAL SETTLEMENT AGENCY, INC.; FAST TRACK TITLE AGENCY LLC, STEVEN M. LEFF; RACHEL M. LEFF; and RICHARD A. LEFF | **NOTICE OF MOTION FOR JUDGMENT BY DEFAULT** |
| Defendants. | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the Declaration of Wallace B. Neel, dated May 12, 2008, and all exhibits annexed thereto, and all of the papers, pleadings, and proceedings had herein, plaintiffs E\*TRADE Savings Bank and E\*TRADE Mortgage Corporation (together, "E\*TRADE") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order granting default judgment in favor of plaintiffs E\*TRADE Savings Bank and E\*TRADE Mortgage Corporation (together, "E\*TRADE"), jointly and severally, pursuant to Federal Rules of Civil Procedure 54(b) and 55(b)(2) and Local Civil Rule 55.2(b) as follows:

1. On the First Claim for Relief (Breach of Contract) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

2. On the Second Claim for Relief (Conversion) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

3. On the Third Claim for Relief (Breach of Fiduciary Duty) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

4. On the Fourth Claim for Relief (Fraud) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

5. On the Fifth Claim for Relief (Negligence) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

6. On the Sixth Claim for Relief (Unjust Enrichment) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65;

7. On the Seventh Claim for Relief (Money Had and Received) in the operative complaint filed in this matter, judgment in favor of E*TRADE and against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $3,007,914,65; and

8.  Providing any further relief that this Court deems just and proper, together with disbursements and attorneys' fees incurred in this action, and it is further

The Court has already indicated that, unless otherwise requested, this Motion will be taken on submission.

Dated: New York, New York
       May 12, 2008

                                    REED SMITH LLP

                                    By: _____
                                        Wallace B. Neel (WN 0038)
                                    599 Lexington Avenue
                                    New York, New York 10022
                                    (212) 521-5400

                                            - and –

                                    David E. Weiss, Esq.
                                    *Admitted Pro Haec Vice*
                                    Two Embarcadero Center
                                    Suite 2000
                                    San Francisco, CA 94111
                                    415 543 8700

                                    *Attorneys for Plaintiffs*

TO: National Settlement Agency, Inc.

TO: Steven M. Leff

TO: CLAUSEN MILLER, P.C.,
    Carl M. Perri, Jr., Esq.
    *cperri@clausen.com*
    One Chase Manhattan Plaza
    New York, NY 10005
    (212)-805-3900
    Fax: (212)-805-3939

    Harvey R. Herman, Esq.
    *hherman@clausen.com*
    Michael R. Grimm, Esq.
    *mgrimm@clausen.com*
    Clausen Miller P.C.
    10 South LaSalle Street
    Chicago, IL 60603
    (312) 606-7451

Fax: (312) 606-7777
*Attorneys for Defendant Fast Track Title Agency LLC*


TO:     KAUFMAN, BORGEEST & RYAN, LLP
        Jonathan B. Bruno, Esq.
        *jbruno@kbrlaw.com*
        99 Park Avenue
        19th Floor
        New York, NY 10016
        (212) 980-9600
        Fax: (212) 980-9291

        *Attorneys for Defendant Richard A. Leff*


TO:     PICK & ZABICKI LLP
        Douglas J. Pick, Esq
        *dpick@picklaw.net*
        369 Lexington Avenue, 12th floor
        New York, New York 10017
        (212) 695-6000 (ext.223)
        Fax:  (212) 695-6007

        *Attorney for Debtor Rachael M. Leff in
        Bankruptcy Proceeding No. 8-07-74601-dte,
        United States Bankruptcy Court for the Eastern District of New York*


TO:     MICHAEL L. SOSHNICK, ESQ.
        190 Willis Avenue, Suite 112
        Mineola, New York 11501
        (516) 294-1111

        (516)-294-5465 (fax)
        soshnick.law@verizon.net