**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E*TRADE SAVINGS BANK and E*TRADE  :
MORTGAGE CORPORATION              :    ECF Case
                                  :
            Plaintiffs,           :    07 Civ. 8065 (LTS/GWG)
                                  :
    v.                            :
                                  :
NATIONAL SETTLEMENT AGENCY, INC.; :
FAST TRACK TITLE AGENCY LLC,      :    **CLERK'S CERTIFICATE**
STEVEN M. LEFF; RACHEL M. LEFF;   :
and RICHARD A. LEFF               :
                                  :
            Defendants.           :
                                  :
------------------------------------------------------------x

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 14, 2007 with the filing of a summons of complaint, a copy of the initial summons and complaint was served on defendant National Settlement Agency, Inc. by delivering to and leaving with Donna Christie, an agent of the Secretary of State of the State of New York, one original and one copy thereof, and proof of such service thereof was filed on October 5, 2007. I further certify that an amended complaint and supplemental summons were served on defendant National Settlement Agency, Inc. by delivering to and leaving with Chad Matice, an agent of the secretary of State of the State of New York, one original and one copy thereof, and proof of such service thereof was filed on May 2, 2008.

I further certify that the docket entries indicate that defendant National Settlement Agency Inc. has not filed an answer or otherwise moved with respect to the initial complaint or the amended complaint herein. The default of defendant National Settlement Agency, Inc. is hereby noted.

Dated: New York, New York
      May 8, 2008

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk