**EXHIBIT E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
E*TRADE SAVINGS BANK and E*TRADE        :     ECF Case
MORTGAGE CORPORATION                    :
                                        :     07 Civ. 8065 (LTS/GWG)
            Plaintiffs,                 :
                                        :
    v.                                  :
                                        :
NATIONAL SETTLEMENT AGENCY, INC.;       :     **CLERK'S CERTIFICATE**
FAST TRACK TITLE AGENCY LLC,            :
STEVEN M. LEFF; RACHEL M. LEFF;         :
and RICHARD A. LEFF                     :
                                        :
            Defendants.                 :
                                        :
------------------------------------------------------------x

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 14, 2007 with the filing of a summons of complaint; that copies of the initial summons and complaint were served on defendant Steven M. Leff by delivering to and leaving with Natalie Tirado, the receptionist, for the Law Office of Steven Leff, and by mailing the summons and complaint to Steven M. Leff by First Class Postage Prepaid addressed to the Law Office of Steven Leff, 575 Madison Avenue, New York, NY 10022; and that proof of such service thereof was filed on October 5, 2007. I further certify that an amended complaint and supplemental summons were served on defendant Steven M. Leff by delivering to and leaving with Victor Lava, a doorman and a person of suitable age and discretion at the abode of defendant Steven M. Leff, one original and one copy thereof, and that copies of same were placed in a postage-paid envelope properly addressed to defendant Steven M. Leff at defendant's last known residence at 303 East 83d Street, New York, New York, 10028, and said envelope was deposited in an official

repository under the exclusive care and custody of the United States Postal Service within New York State, and that proof of such service thereof was filed on May 2, 2008.

I further certify that the docket entries indicate that defendant Steven M. Leff has not filed an answer or otherwise moved with respect to the initial complaint or amended complaint herein. The default of defendant Steven M. Leff is hereby noted.

Dated: New York, New York
      May 8, 2008

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
     Deputy Clerk