**EXHIBIT F**

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    CASE #:   07-CV-8065 (LTS/GWG)

E*TRADE SAVINGS BANK AND E*TRADE MORTGAGE CORPORATION,

                                                 Plaintiff(s)/Petitioner(s)
                          against

NATIONAL SETTLEMENT AGENCY, INC., ET. AL.,

                                                 Defendant(s)/Respondent(s)

State of NY
County of Albany      SS

Kerry Gunner       being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 3/27/08       at   2:20 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY,
deponent served the within

**AMENDED COMPLAINT (WITH JURY DEMAND)**

upon:   **NATIONAL SETTLEMENT AGENCY INC.**

defendant/respondent in this action by delivering and leaving with  Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on: 3/28/2008

_____                          _____
Notary Public                                      Kerry Gunner

Claudia M. Murphy        Kerry Gunner           Jessica DeVoe            Lightning Legal Services, LLC
Notary Public, State of NY  Notary Public, State of NY  Notary Public, State of NY  P.O. Box 9132
No 01MU5016071           No 01GU5036710         No 01DE6042657           Albany, NY  12209
Qualified in Albany County  Qualified in Albany County  Qualified in Albany County
Commission expires 8/2/05  Commission expires 2/6/2011  Commission Expires 5/30/10       108923