# LIGHTNING LEGAL SERVICES, LLC

P.O. BOX 9132
ALBANY, NY 12209

299 HAMILTON STREET
ALBANY, NY 12210

PHONE 518-463-1049
FAX    518-463-3681

## FACSIMILE TRANSMISSION SHEET

TO:       Reed Smith LLP
ATTN:     Nell ext. 5452
DATE:     5/16/08
FAX#:     212-521-5450

REGARDING:    Attached is a copy of the affidavit for National Settlement Agency, Inc.

Thank you,
Sherie   Ext. 22

Number of pages to follow including cover sheet:    2

If there is a problem with transmission, please call our office immediately.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ABOVE NAMED ADDRESSEE. DISSEMINATION OR COPYING OF THIS FACSIMILE OR ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TO THE ABOVE ADDRESS VIA THE U.S. POST OFFICE. THANK YOU!

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE #: 07 CIV 8065 (LTS)(GWG)

E*TRADE SAVINGS BANK AND E*TRADE MORTGAGE CORP.

Plaintiff(s)/Petitioner(s)

against

NATIONAL SETTLEMENT AGENCY INC., ET. AL.

Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 5/14/08 at 3:40 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

ORDER, NOTICE OF MOTION FOR JUDGMENT BY DEFAULT, DECLARATION OF WALLACE NEEL WITH EXHIBITS

upon: NATIONAL SETTLEMENT AGENCY INC.

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

306 of the Business Corporation Law

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 5/15/2008

Notary Public

Michael Pickett

Claudia M. Murphy
Notary Public, State of NY
No 01MU5016071
Qualified in Albany County
Commission expires 8/2/05

Kerry Gunner
Notary Public, State of NY
No 01GU5038710
Qualified in Albany County
Commission expires 2/6/2011

Jessica DeVoe
Notary Public, State of NY
No 01DE6042657
Qualified in Albany County
Commission Expires 5/30/10

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

112141