UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
E*TRADE SAVINGS BANK and E*TRADE
MORTGAGE CORP.,

               Plaintiffs,

V.

NATIONAL SETTLEMENT AGENCY, INC.
et al.,
               Defendant,

-------------------------------------------------------------

Case No. 07 CIV 8065 (LTS)(GWG)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                                ) SS:
**COUNTY OF NEW YORK**    )

      I, STEVEN TANENHAUS, being duly sworn, depose and say:

      I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

      On May 13, 2008, at approximately 4:30 p.m, deponent served a true copy of the ORDER, NOTICE OF MOTION FOR JUDGMENT BY DEFAULT and DECLARATION OF WALLACE B. NEEL, upon STEVEN M. LEFF, 303 E. 83rd Street, New York, New York by personally delivering and leaving a true copy of same with Luis Tirado, Doorman, at the aforementioned address. Mr. Tirado stated that he is authorized to accept service on behalf of STEVEN M. LEFF.

      Mr. Tirado is described as a light skinned male, approximately 30 years old, approximately 5'8" in height and approximately 230 pounds in weight with black hair and brown eyes.

                                                     _____
                                                     STEVEN TANENHAUS – License #0849473

Sworn to before me this
14th day of May, 2008

_____
NOTARY PUBLIC

EVELYN GREEN
Notary Public, State of New York
No. 01GR4879671
Qualified in New York County
Commission Expires Dec. 15, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
E*TRADE SAVINGS BANK and E*TRADE
MORTGAGE CORP.,

                Plaintiffs,

V.

NATIONAL SETTLEMENT AGENCY, INC.
et al.,
                Defendants,
-----------------------------------------------------------x

Index No.: 07 CIV 8065 (LTS)(GWG)

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK  )

        **KIMBERLY ZORROS** being duly sworn deposes and says:

        Deponent is not a party to this action, is over 18 years of age and is employed by Reed Smith, 599 Lexington Avenue, New York, New York 10022.

        On May 14, 2008 deponent served a true copy of **ORDER, NOTICE OF MOTION FOR JUDGMENT BY DEFAULT and DECLARATION OF WALLACE B. NEEL.**

        Steven M. Leff
        303 E. 83rd Street
        New York, New York 10028-4318

by depositing a true copy thereof enclosed in a securely sealed, fully postpaid, first class regular mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County, and State of New York.

                                        _____
                                        Kimberly Zorros

Sworn to before me this
____ day of May 2008
_____
Notary Public

EVELYN GREEN
Notary Public, State of New York
No. 01GR4879671
Qualified in New York County
Commission Expires Dec. 15, 2010

REED SMITH LLP
Wallace B. Neel (WN 0038)
David E. Weiss (*pro hac vice* application to be filed)
599 Lexington Avenue
New York, New York 10022
212-521-5400

*Attorneys for Plaintiffs E*TRADE Savings Bank*
*and E*TRADE Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

E*TRADE SAVINGS BANK; AND
E*TRADE MORTGAGE CORPORATION,

        Plaintiffs,

  -against-

NATIONAL SETTLEMENT AGENCY, INC.;
FAST TRACK TITLE AGENCY LLC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

        Defendants.

------------------------------------------- X

Case No. 07-CV-8065 (LTS/GWG)

**AFFIDAVIT OF SERVICE**

I, **Wallace B. Neel**, hereby certify that on the 13th day of May 2008, I caused true and correct copies of the foregoing documents:

- May 6, 2008 Order of the Court;
- Notice of Motion for Judgment by Default; and
- Declaration of Wallace B. Neel in Support of Motion for Judgment by Default;

**to be served upon:**

        **Michael L. Soshnick, Esq.**
        190 Willis Avenue, Suite 112
        Mineola, New York 11501

by depositing a true copy thereof enclosed in a securely sealed, properly addressed fully postpaid first class mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated: May 16, 2008
      New York, New York

                                                                 Wallace B. Neel

Sworn to before me this
16 day of May, 2008

_____
Notary Public

YVONNE WILLIAMS
Notary Public, State of New York
No. 01WI4780572
Qualified in Queens County
Commission Expires Nov. 30, 20__