REED SMITH LLP
Wallace B. Neel (WN 0038)
David E. Weiss (*pro hac vice* application to be filed)
599 Lexington Avenue
New York, New York 10022
212-521-5400
*Attorneys for Plaintiffs E*TRADE Savings Bank*
*and E*TRADE Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

E*TRADE SAVINGS BANK; AND            :
E*TRADE MORTGAGE CORPORATION,
                                      :
         Plaintiffs,                         Case No. 07-CV-8065 (LTS/GWG)
                                      :
    -against-
                                      :
NATIONAL SETTLEMENT AGENCY, INC.;            **AFFIDAVIT OF SERVICE**
FAST TRACK TITLE AGENCY LLC.;         :
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,                      :

         Defendants.
------------------------------------------------- X

      I, **Evelyn Gonzalez**, hereby certify that on the 16th day of May 2008, I caused true and correct copies of the foregoing documents:

- May 6, 2008 Order of the Court;
- Notice of Motion for Judgment by Default; and
- Declaration of Wallace B. Neel in Support of Motion for Judgment by Default;

**to be served upon:**

NATIONAL SETTLEMENT AGENCY LLC
c/o Law Offices of Steven Leff
575 Madison Avenue
Suite 1006
New York, NY 10022

NATIONAL SETTLEMENT AGENCY LLC
404 Park Ave,
New York, NY 10022+4403

by depositing a true copy thereof enclosed in a securely sealed, properly addressed fully postpaid

first class mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated: May 16, 2008
      New York, New York

                                                          Evelyn Gonzalez

Sworn to before me this
16 day of May, 2008

_____
Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10