USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E*TRADE SAVINGS BANK and E*TRADE
MORTGAGE CORPORATION,

                Plaintiffs,                    07 CIVIL 8065 (LTS)(GWG)

    -against-                        **DEFAULT JUDGMENT**

NATIONAL SETTLEMENT AGENCY, INC., et al.,
                Defendants.    #08,1049
-------------------------------------------------------------X

       Plaintiffs having moved for default, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on June 16, 2008, having rendered its Memorandum Order granting plaintiffs' motion for default and directing the Clerk of the Court to enter judgment against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally in the total amount of $3,223,001.15, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 16, 2008, plaintiffs' motion for default is granted and judgment is entered against defendants National Settlement Agency, Inc. and Steven M. Leff, jointly and severally in the total amount of $3,223,001.15.

**Dated:** New York, New York
         June 16, 2008

                                               J. MICHAEL McMAHON
                                                 Clerk of Court

                       BY:
                                                 Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON