**EXHIBIT A**



POWERED BY: National Settlement Agency, Inc.    Tuesday, August 17, 2004

- Home
- Contact Information
- Location
- Approved Lenders
- Why Use NSA
- NSA Notables
- Closings
- CEM's
- CO-OPs
- Info & Retrieval

## Welcome To ClosingRocket.com

NEW YORK ASSIGNMENT (CEM) REQUESTS ONLINE!
-Click Here To Notify Your Lender Through NSA-



### ⊙ LOG IN AND CHECK YOUR STATUS!

Ever wonder what the status of your closing or closings are? Wonder no more. With Closing Rocket by NSA, all you have to do is log in, point and click! Our online database operates in real time so there is never a delay. No longer will you have to call a closing agent and say "Is this file ready to close?" Log in and check for yourself with NSA!

### ⊙ ORDER TITLES & CLOSINGS ONLINE!

Forget that you used to have to fax over a title order or call to schedule a closing date.... You can do it online at ClosingRocket right now! Just sign in and follow the prompts. If you would like to enable your software to download the borrower's and transaction informaiton automatically, just contact our tech department and we will make it so.



### ⊙ NSA WILL CLOSE YOUR LOAN(S) VIRTUALLY ANYWHERE!

NSA can close your loans at anyone of its many offices nationwide or at the location of your client's choosing. Whether at the borrower's attorney's office or at a borrower's home, NSA has the ability to be there and do it right the first time.

**Login ClosingRocket**

UserID:

Password:

[Submit]

**Forgot your password?**

**New Mortgage Brokers May Request A UserID And Password Here**

**ClosingRocket News**

Download NSA POINT Component



?2001 National Settlement Agency Inc. All rights reserved.

**EXHIBIT B**



> About Us    > Contact Us

**Home**
- Closing Locations
- Info & Retrieval

**Get Your Password Today!**
Call us at 212-457-8181 and request your password to get access to your file and or files.



### 12 Reasons Why Your Company Should Use F.T.T As Its Title Agent

1. **Fast Track Title's Sole Focus Is Title** FTT is not a firm that handles all types of legal matters and, as an aside, dabbles in real estate closings. Title and lender related services are our only business, no exception! As a result, your company can become partnered with a Settlement Agent with maximum exposure to closing practices who is therefore significantly more familiar with and versed in the day to day issues and solutions related to mortgage closings. FTT is also more familiar with the processors and closers from your correspondent lenders which always means that your closings will run more smoothly.

2. **Fast Track Title Is The Acknowledged Leader In All Aspects of Loan Settlements** From training the closing departments and post closing / investor delivery departments of PNC Mortgage Corp. of America, Homecomings Financial Network, Inc., Summit Bank and Bank America Mortgage; to serving as the outsourcing partner for Bank of New York, GMAC Mortgage and Residential Funding Corp. when it comes to lost security instruments, assignments and title policies; to being the sole document preparation provider for Parmann Mortgage's east coast operations; to being the exclusive outsourcing settlement partners for Homecomings Financial Network, Inc. and Firstar Mortgage; to being the exclusive New York third party assignment agent for Ocwen Federal Savings Bank and Homecomings Financial Network, Inc.; NSA's expertise in the area of loan settlement and their related fields has been long recognized by the lending and servicing community. Your company will most assuredly gain the benefit of NSA's knowledge and expertise in the areas of final document delivery, securitization, document production, third party assignments, security instrument tracking and recovery as well as settlement practices.

3. **FTT Has The Resources to Meet All of Your Company's Expansion Needs** NSA has the capability and resources to dedicate whatever assets are necessary, including opening new offices and or dedicating several people to an entire division of our company in order to fulfill your closing needs. We can act as in-house closing agents and pass the overhead savings on to your borrowers and or establish new facilities to accommodate your company in any one particular geographical area, whether it be Massachusetts, Connecticut, New York, New Jersey, Florida or Texas.

4. **More Convenient Closing Locations** Whether or not one of our many closing locations is convenient for your borrowers, we always give them a choice of closing at the borrowers' residence, place of business and or other location without any additional fee.

5. **Closings Anytime** After hours closings, weekend closings, holiday closings, never a problem and never is an additional fee charged. At NSA, our goal is to make the closing process as pleasant and convenient as possible for your borrowers. We have the staff and availability to meet any and all of your borrowers' desires when it comes to closing times and locations and will always go that extra mile when it comes to customer service. You can always count on NSA.

6. **The Highest Quality Control Available in the Industry** At least 3 people will review the information and figures for each closing in addition to having our database system triple check to make sure that the closing figures always match the wire amount. Moreover, all HUDs, CEM agreements, checklists and checks are prepared using our custom designed

integrated spreadsheet and word processing programs which assures the highest level of quality control.

7. **No Problem Last Minute Closings** FTT has sufficient staff to handle even last minute scheduling of closings. We almost never say never!

8. **Multilingual Staff** At FTT, we can arrange to have Spanish, French, Russian or Hebrew speaking personnel handle and or be present at any closing to assure that your borrowers are comfortable with the closing process.

9. **State of the Art Computer Technology** At FTT we use only the newest computer hardware (computer servers, desktop workstations, digital copiers/scanners/printers) as well as the most efficient custom programmed software to effectuate the needs of the borrowers, lenders and our in-house staff (i.e. Access Databases, Excel Spreadsheets, Full E-Mail Support and Web-foldered Scheduling). This means better quality control, faster closings and better customer service.

10. **Online and Accessible** Let your originators, processors, closers and borrowers get the information they need from FTT online at www.FastTrackTitle.com. They can check file status, title status, closing dates, times and locations in addition to net proceeds availability for purchase closings and/or cash requirements for refinance transactions. Never again will anyone calling for file status have to wait for someone to find a file or for somebody to come back from lunch. It's all there, online in real time. No where but FTT.

11. **Automated E-Mail Updates** Your originators, processors, closers, borrowers and their attorneys can get e-mails when any of the following events occurs: title is ordered, title is received, title is reviewed, title is cleared, the file is cleared by the lender, a closing date is scheduled, net proceeds information becomes available and when the file is successfully closed.

12. **Faster Closings** With the HUDs and all other documents prepared in advance, the title bills and payoff letters verified prior to closing whenever possible and the checks printed from our computer system, your borrowers will be pleasantly surprised with how little time they have to take out of their busy day to close their mortgage loans.

**EXHIBIT C**



# FAST TRACK TITLE AGENCY, LLC

▸ About Us   ▸ Contact Us

**Please select from the menu below:**

▸ Closing Locations
▸ Online Forms

**Get Your Password Today!**

Call us at 212-786-7777 and request your password to get access to your file and or files.





**Existing Users**

User ID: _____
Password: _____

Submit

**Download NSA POINT Component Here**





### LOG IN AND CHECK YOUR STATUS!
Ever wonder what the status of your titles or closings are? Wonder no more. With Fast track title by NSA, all you have to do is log in, point and click! Our online database operates in real time so there is never a delay. No longer will you have to call a closing agent and say "Is this file ready to close?" Log in and check for yourself with Fast Track Title!

### ORDER TITLES AND CLOSING ON LINE!
Forget that you used to have to fax over a title order or call to schedule a closing date.... You can do it online at Fasttracktitle.com right now! Just sign in and follow the prompts. If you would like to enable your software to download the borrower's and transaction informaiton automatically, just contact our tech department and we will make it so.

FAST TRACK TITLE AGENCY, LLC

**EXHIBIT D**



Home
- Closing Locations
- Info & Retrieval

**Get Your Password Today!**
Call us at 212-457-8181 and request your password to get access to your file and or files.



## Extension Listing By Name and E-Mail

| Main Phone # | (212) 786-7777 | |
|---|---|---|
| **Name** | **Extension** | **E-Mail** |
| BARBER, SHAKEMA | 8178 | SBARBER@FASTTRACKTITLE.COM |
| BERRESFORD, JOSHUA | 8155 | JOSHUA@FASTTRACKTITLE.COM |
| BILOTTI, ANGEL | 8112 | ANGEL@FASTTRACKTITLE.COM |
| BILOTTI, CATHY | 8110 | CATHY@FASTTRACKTITLE.COM |
| COLLMAN, RHODEAN | | RCOLLMAN@FASTTRACKTITLE.COM |
| COPOBIANCO, CHERIN | 8186 | CHERIN@FASTTRACKTITLE.COM |
| CHANG, DAISY | 8154 | DAISY@FASTTRACKTITLE.COM |
| COSTACHE, MADALINA | 8183 | MADALINA@FASTTRACKTITLE.COM |
| DEL VECCHIO, LAURIE | 8160 | LAURIE@FASTTRACKTITLE.COM |
| DIAZ, RENEE | 8100 | LAURIE@FASTTRACKTITLE.COM |
| DOMBAKLY, SANDY | 8171 | SANDY@FASTTRACKTITLE.COM |
| FIELDS, JINELLE | 8192 | JINELLE@FASTTRACKTITLE.COM |
| GALLARDO, CARLITO | 8156 | CARLITO@FASTTRACKTITLE.COM |
| HENRIQUEZ, EDWIN | 8193 | EDWIN@FASTRACKTITLE.COM |
| JAMES, IDA | 8197 | IDA@FASTRACKTITLE.COM |
| JERNIGAN, ANNA | 8190 | ANNA@FASTRACKTITLE.COM |
| KHOWONG, LATINA | 8104 | LATINA@FASTTRACKTIITLE.COM |
| LEE, ABINA | 8169 | ABINA@FASTTRACKTITLE.COM |
| LEFF, RICHARD | 8170 | RICHARD@FASTTRACKTITLE.COM |
| LEFF, STEVEN | 8188 | SLEFF@FASTTRACKTITLE.COM |
| LEWIS, NYCOLE | 8162 | NLEWIS@FASTTRACKTITLE.COM |
| MCKINNEY, MAUREEN | 8157 | MAUREEN@FASTTRACKTITLE.COM |
| MELNICK, AARON | 8173 | AARON@FASTTRACKTITLE.COM |
| MORGAN, MELANIE | 8188 | MELANIE2@FASTTRACKTITLE.COM |
| OPPENHEIMER, ARLENE | 8175 | ARLENE@FASTTRACKTITLE.COM |
| ORTEGA, ANTOINETTE | 8179 | ANTOINETTE@FASTTRACKTITLE.COM |
| PARK, ISAAC | 8109 | IPARK@FASTTRACKTITLE.COM |
| PRYOR, RENEE | 8196 | RENEE@FASTTRACKTITLE.COM |
| RIVERA, MELISSA | 8189 | MRIVERA@FASTTRACKTITLE.COM |
| ROMERO, MELANIE | 8178 | MROMERO@FASTTRACKTITLE.COM |
| SALIC, ELZANA | 8105 | ELZANA@FASTTRACKTITLE.COM |
| SANICOLA, ROBERT | 8171 | ROB@FASTTRACKTITLE.COM |
| SCHAIMAN, JODI | 8163 | JODI@FASTTRACKTITLE.COM |
| SHLACTER, PAUL | 8174 | PAUL@FASTTRACKTITLE.COM |
| STROTHER, SANDRA | 8172 | SANDRA@FASTTRACKTITLE.COM |
| UMALI, JAYKE | 8110 | JUMALI@FASTTRACKTITLE.COM |
| UVA, CHRISTINA | 8158 | CHRISTINA@FASTTRACKTITLE.COM |
| WILL, MICHAEL | 8188 | MIKE@FASTTRACKTITLE.COM |
| WU, HANGUO | 8194 | HW@FASTTRACKTITLE.COM |
| YMALAY, JESILLE | 8188 | JESILLE@FASTTRACKTITLE.COM |

| | |
|---|---|
| FRONT DESK | 8100 |
| LARGE CONFERENCE ROOM | 8197 |
| MEDIUM CONFERENCE ROOM | 8196 |
| SMALL CONFERENCE ROOM | 8195 |

## Extension Listing By Department

**Main Phone #**      **(212) 786-7777**

| Department | Extension |
|---|---|
| SCHEDULING | 1 |
| TITLE STATUS | 2 |
| CLOSING FIGURES | 3 |
| POST CLOSING | 4 |
| FUNDING | 5 |
| TITLE CLEARANCE ISSUES | 6 |
| SUB ORDINATION AGREEMENT, CEM | 7 |
| AGREEMENT OR COOP DOCS | 9 |

## Contact Information Sheet

**Main Phone # (212) 786-7777**      **Main Fax # (212) 457-8182**

| | |
|---|---|
| COUNSEL: | Richard A. Leff Esq. |
| TITLE MANAGER: | Sandy Dombakly. |
| APPLICATIONS/ORDERS: | Anna Jernigan |
| TITLE STATUS/CORRECTION: | Edwin Enriquez |
| PRODUCTION: | Diane Macaraeg, Cathy Bilotti & Rhodean Collman |
| TITLE CLEARANCE: | Latina Khowong, Antoinette Ortega, Sandy Dombakly & Jodi Schaiman |
| CLOSING COORDINATOR: | Antoinette Ortega |
| RECORDINGS: | Ida James |
| TITLE POLICIES: | Cathy Bilotti |
| ACCOUNTING: | Jessile Ymalay |
| ESCROWS: | Daisy Chang |

©2001 National Settlement Agency Inc. All rights reserved.

**EXHIBIT E**



# ClosingRocket

**POWERED BY:** National Settlement Agency, Inc.

Tuesday, August 17, 2004

## Extension Listing By Name and E-Mail:

Main Phone # (212)457-8181

| Name | Extension | E-Mail |
|---|---|---|
| AARON MELNICK | 8173 | AARON@CLOSINGROCKET.COM |
| ABINA LEE | 8169 | ABINA@CLOSINGROCKET.COM |
| ANGEL BILOTTI | 8110 | ANGEL@CLOSINGROCKET.COM |
| ANNA JERNIGAN | 8190 | ANNA@CLOSINGROCKET.COM |
| ANTOINETTE ORTEGA | 8179 | ANTOINETTE@CLOSINGROCKET.COM |
| ARLENE OPPENHEIMER | 8175 | ARLENE@CLOSINGROCKET.COM |
| CARLITO GALLARD | | CARLITO@CLOSINGROCKET.COM |
| CATHY BILOTTI | 8112 | CATHY@CLOSINGROCKET.COM |
| CHERIN CAPOBIANCO | 8186 | CHERIN@CLOSINGROCKET.COM |
| CHRISTINA UVA | 8158 | CHRISTINANSA@HVC.RR.COM |
| DAISY CHANG | 8154 | DAISY@CLOSINGROCKET.COM |
| DIANE MACARAEG | 8191 | DIANE@CLOSINGROCKET.COM |
| EDWIN HENRIQUEZ | 8193 | EDWIN@CLOSINGROCKET.COM |
| ELZANA SALIC | 8105 | ELZANA@CLOSINGROCKET.COM |
| HANGUO WU | 8194 | HW@CLOSINGROCKET.COM |
| IDA JAMES | 8103 | IDA@CLOSINGROCKET.COM |
| ISAAC PARK | 8109 | IPARK@CLOSINGROCKET.COM |
| JAYKE UMALI | 8110 | JUMALI@CLOSINGROCKET.COM |
| JESILLE YMALAY | 8104 | JESILLE@CLOSINGROCKET.COM |
| JINELLE FIELDS | 8192 | JINELLE@CLOSINGROCKET.COM |
| JODI SCHAIMAN | 8163 | JODI@CLOSINGROCKET.COM |
| JOSHUA BERRESFORD | 8155 | JOSHUA@CLOSINGROCKET.COM |
| LATINA KHOWONG | 8184 | LATINA@CLOSINGROCKET.COM |
| LAURIE DEL VECCHIO | 8160 | LAURIE@CLOSINGROCKET.COM |
| LISSETTE RAMOS | 8106 | LRAMOS@CLOSINGROCKET.COM |
| MADALINA COSTACHE | | MADALINA@CLOSINGROCKET.COM |
| MELISSA RIVERA | 8189 | MRIVERA@CLOSINGROCKET.COM |

**Navigation:** Home | Contact Information | Location | Approved Lenders | Why Use NSA | NSA Notables | Closings | CEM's | CO-OPs | Info & Retrieval

| Name | Ext | Email |
|---|---|---|
| MIKE WILL | 8176 | MIKE@CLOSINGROCKET.COM |
| MAUREEN MCKINNEY | 8157 | MAUREENNSA@HVC.RR.COM |
| MELANIE ROMERO | 8151 | MROMERO@CLOSINGROCKET.COM |
| NYCOLE LEWIS | 8162 | NLEWIS@CLOSINGROCKET.COM |
| PAUL SCHLACHTER | 8174 | PAUL@CLOSINGROCKET.COM |
| PHIL GRAHAM | | PHIL@CLOSINGROCKET.COM |
| RENEE DIAZ | 8100 | RENEE2@CLOSINGROCKET.COM |
| RENEE PRYOR | 8196 | RENEE@CLOSINGROCKET.COM |
| RICHARD LEFF | 8170 | RICHARD@CLOSINGROCKET.COM |
| RHODEAN COLLMAN | | RCOLLMAN@CLOSINGROCKET.COM |
| SANDRA STRUTHERS | 8172 | SANDRA@CLOSINGROCKET.COM |
| SANDY DOMBAKLY | 8171 | SANDY@CLOSINGROCKET.COM |
| SHAKEMA BARBER | 8178 | SBARBER@CLOSINGROCKET.COM |
| STEVEN LEFF | 8188 | STEVEN@CLOSINGROCKET.COM |
| FRONT DESK | 8100 | |
| LARGE CONFERENCE ROOM | 8197 | |
| MEDIUM CONFERENCE ROOM | 8196 | |
| SMALL CONFERENCE ROOM | 8195 | |

## Extension Listing By Department:

**Main Phone #  (212)457-8181**

| Department | Extension |
|---|---|
| SCHEDULING | 1 |
| TITLE STATUS | 2 |
| CLOSING FIGURES | 3 |
| POST CLOSING | 4 |
| FUNDING | 5 |
| TITLE CLEARANCE ISSUES | 6 |
| SUBORDINATION AGREEMENT, CEM | 7 |
| AGREEMENT OR COOP DOCS | 9 |

## Contact Information Sheet:

| Main Phone # (212)457-8181 | Main Fax # (212)457-8182 |
|---|---|



| | |
|---|---|
| **NEW FILES:** | **Arlene Oppenheimer & Anna Jernigan** |
| **TITLE STATUS:** | **Arlene Oppenheimer, Edwin Henriquez & Anna Jernigan** |
| **TITLE ISSUES:** | **Richard Leff Esq.** |
| **SCHEDULING:** | **Mike Will & Sandra Struthers** |
| **CLOSING FIGURES:** | **Paul Shlachter & Arron Melnick** |
| **POST CLOSING:** | **Abina Lee, Jinelle Fields & Shakema Barber** |
| **SERVICE ISSUES** | **Steven Leff & Richard Leff** |

?2001 National Settlement Agency Inc. All rights reserved.

**EXHIBIT F**

Case 1:07-cv-08065-LTS-GWG    Document 83-2    Filed 08/08/2008    Page 15 of 16

## Dawn Woods

**From:** Elsa Torres [Elsa@closingrocket.com]
**Sent:** Thursday, July 19, 2007 11:47 AM
**To:** Dawn Woods
**Subject:** File update

Good Morning Dawn,

Below please find a list of files that don't have many issues. These files can be cleared easily.

1. **Provenzano:** Need to know if the Judgments below to the borrower. If not then an affidavit can be signed at closing.

2. **Fraser:** On application only Gavin Fraser's name came up. On the vesting both Gavin M. Fraser and Jeannine Kerr's name came up. Are they both staying on title? or will a deed be needed?

3. **Moore:** Need to know if the Judgments below to the borrower. If not then an affidavit can be signed at closing.

4. **AYALA:** Need borrowers SS# for bankruptcy search. Application and Vesting don't match. How many borrowers are going to stay on title?

5. **Lau:** Application shows Lilian R. Lau's name on title. Vesting shows both William Lau and Lilian Lau. Will vesting stay with both parties? There is a Mechanics Lien.

6. **Kourakos:** Need a no consideration affidavit. Application and Vesting don't match. How many borrowers are going to stay on title?

7. **Kiernan:** Need borrowers SS# for bankruptcy search. Application and Vesting don't match. How many borrowers are going to stay on title?

8. **Maimon:** The Deed conveying the premises under examination in CRFN ███████5626 contains a LIFE STATE retained by Malca Benedic, the grantor. The disposition of the interest must be explained prior to closing. Application and Vesting don't match. How many borrowers are going to stay on title?

If you have any question please don't hesitate to ask.

Sincerely,


Elsa Laura Torres
Closing/Clearance Coordinator
Fast Track Title Agency
404 Park Avenue
5th Floor
New York, NY 10016
212-457-8179
212-686-9662

7/30/2007