# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

120 BROADWAY
NEW YORK, NEW YORK 10271

TELEPHONE: 212.980.9600
FACSIMILE: 212.980.9291
WWW.KBRLAW.COM

August 6, 2008

**VIA FACSIMILE ONLY**

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    E*Trade Savings Bank v. NSA, et al.
       United States District Court, Southern District of New York
       Case No. : 07-CIV-8065
       KBR File No. : 209.258

Dear Judge Gorenstein:

     This Firm represents Richard A. Leff, a defendant in the above-referenced matter. We are writing to follow up on the Revised Scheduling Order dated August 4, 2008. Per my discussion with your law clerk, the Revised Scheduling Order my office faxed to the Court neglected to include the interim pretrial conference (scheduled for September 19, 2008) that was set forth in the original Pre-Trial Scheduling Order dated December 3, 2007. We are requesting that the Court adjourn the interim pretrial conference sine die. Thank you for your consideration.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Jonathan B. Bruno

SO ORDERED: DATE: 8/12/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

764410

cc:   Wallace B. Neel, Esq. (via fax only)
       Carl Perri, Esq. (via fax only)
       Douglas J. Pick, Esq. (via fax only)